IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WEST COAST DISTRIBUTING, INC., a Delaware corporation, | ) ) ) | 08cv1336 |
| Plaintiff, | ) ) | Judge: Kennelly |
| -vs- | ) ) | Mag. Judge: Mason |
| ANDY'S EXPRESS COMPANY, INC., an Illinois corporation, | ) ) ) | MAR 0 5 2008 |
| Defendant. | ) | F I L E D |

**NOTICE OF FILING**

MAR 0 5 2008  TG

TO:  Andy's Express Company, Inc.
c/o Wm. V. Angelo, Registered Agent
5210 Old Orchard Road
Skokie, IL 60077

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Take notice that on this 5th day of March 2008, the undersigned filed the attached Certification of Judgment for Registration in Another District from the U.S. District Court for the Central District of California with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL 60604 for registration in that Court.

/s/ William D. Brejcha

**CERTIFICATE OF SERVICE**

I, William D. Brejcha, hereby certify that a copy of the foregoing was sent via Certified Mail, Return Receipt Requested, to the undersigned registered agent for judgment debtor Andy's Express Company, Inc., with proper postage prepaid this 5th day of March, 2008.

/s/ William D. Brejcha

William D. Brejcha (0288543)
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street – Suite 600
Chicago, IL 60603-2427
Phone:     312-255-7200
Fax:   312-422-1224
wdbrejcha@scopelitis.com
www.scopelitis.com

08cv1336
Judge: Kennelly
Mag. Judge: Mason

Scopelitis, Garvin, Light, Hanson & Feary, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
(626) 795-4700

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST DISTRIBUTING, INC., a Delaware corporation<br><br>Plaintiff(s)<br><br>v.<br><br>ANDY'S EXPRESS COMPANY, INC., an Illinois corporation<br><br>Defendant(s) | CASE NUMBER:<br><br>CV EDCV07-1530 SGL (OPx)<br><br>CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT |

I, Sherri R. Carter, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on   January 28, 2008
                                                                                                                                                                Date
as it appears in the record of this court, and that * (see below)
no notice of appeal from this judgment has been filed, and no motion of any
kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has
been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on   8 8 FEB 2008
                                                                                                                              Date

**FILED**
MAR 0 5 2008
MAR 0 5 2008  TG
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SHERRI R. CARTER
CLERK, U.S. DISTRICT COURT

By: _____
         Deputy Clerk

\* Insert the appropriate language:

"no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."

"no notice of appeal from this judgment has been filed, any motions of the kinds listed in Rule 4(a) of the Rules of Appellate Procedure [*] have been disposed of, the latest order disposing of such a motion having been entered on [date]."

"an appeal was taken from this judgment and this judgment was affirmed by mandate of the Court of Appeals issued on [date]."

"An appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[NOTE: The motions listed in Rule 4(a), Fed.R.App.P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.]

CV-101 (08/97)   CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT    CCOCV101

Certification of Judgment for Registration in Another District

ATTACHMENT

```
 1  Kathleen C. Jeffries (State Bar #110362)
    SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
 2  2 North Lake Avenue, Suite 460
    Pasadena, California 91101
 3  Telephone: (626) 795-4700
    Facsimile: (626) 795-4790
 4  kjeffries@scopelitis.com

 5  Attorneys for Plaintiff
    WEST COAST DISTRIBUTING, INC.
 6
 7
 8                UNITED STATES DISTRICT COURT
 9                CENTRAL DISTRICT OF CALIFORNIA
10                       EASTERN DIVISION

11  WEST COAST DISTRIBUTING, INC.,  )  Case No. EDCV07-1530 SGL (OPx)
    a Delaware corporation,         )
12                                  )
           Plaintiff,               )  DEFAULT JUDGMENT BY CLERK
13                                  )  (PROPOSED)
       v.                           )
14                                  )
    ANDY'S EXPRESS COMPANY, INC.,   )
15  an Illinois corporation; and DOES 1 )
    through 10, inclusive,          )
16                                  )
           Defendants.              )
17  _____  )
18
19       Defendant Andy's Express Company, Inc., having been served
20  with summons and copy of complaint, having failed to answer complaint of
21  plaintiff West Coast Distributing, Inc. within the time allowed by law and
22  default of said defendant having been entered on January 22, 2008, plaintiff
23  applies to the Clerk of the Court for judgment pursuant to Rule 55(b)(1) of the
24  Federal Rules of Civil Procedure and Local Rule 55-1:
25       Declaration of Kathleen C. Jeffries having been received in
26  evidence.
27  ///
28
                              1
           DEFAULT JUDGMENT BY CLERK (PROPOSED)
```

The Clerk of the Court, after having considered the evidence, orders the following judgment:

On the complaint, plaintiff shall recover from defendant Andy's Express Company, Inc. the sum of $32,880.79, with damages in the principal sum of $31,950.00, $574.00 prejudgment interest and costs as provided by law in the sum of $356.79.

Dated: _____1/28/, 2008_____

A. MORRIS
Clerk, United States District Court