TG

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
WEST COAST DISTRIBUTING, INC.,
a Delaware corporation,    Plaintiff,
-vs-
ANDY'S EXPRESS COMPANY, INC.,
an Illinois corporation,    Defendant

08cv1336
Judge: Kennelly
Mag. Judge: Mason

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WEST COAST DISTRIBUTING, INC.

**FILED**
MAR 05 2008   MAR 05 2008  TG
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> William D. Brejcha | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ William D. Brejcha | |
| FIRM <br> Scopelitis, Garvin, Light, Hanson & Feary, P.C. | |
| STREET ADDRESS <br> 30 West Monroe Street - Suite 600 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 0288543 | TELEPHONE NUMBER <br> 312-255-7200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐ | |