TG

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

WEST COAST DISTRIBUTING, INC.,
a Delaware corporation,    Plaintiff,
-vs-
ANDY'S EXPRESS COMPANY, INC.,
an Illinois corporation,   Defendant

08cv1336
Judge: Kennelly
Mag. Judge: Mason

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WEST COAST DISTRIBUTING, INC.

FILED
MAR 0 5 2008
MAR 0 5 2008 TG
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| James D. Ellman |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ James D. Ellman |

| FIRM |
| --- |
| Scopelitis, Garvin, Light, Hanson & Feary, P.C. |

| STREET ADDRESS |
| --- |
| 30 West Monroe Street - Suite 600 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6206850 | 312-255-7200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☑    APPOINTED COUNSEL ☐ |