IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WEST COAST DISTRIBUTING, INC., | ) | |
| a Delaware corporation, | ) | |
|                 Plaintiff, | ) | |
| | ) | |
|     -vs- | ) | CASE NO.:  08cv1336 |
| | ) | JUDGE KENNELLY |
| ANDY'S EXPRESS COMPANY, INC., | ) | |
| an Illinois corporation, | ) | |
|                 Defendant. | ) | |

**AMENDED AND CORRECTED
CERTIFICATE OF SERVICE**

TO:  Andy's Express Company, Inc.
      c/o Wm. V. Angelo, Registered Agent
      5210 Old Orchard Road
      Skokie, IL  60077

     I, William D. Brejcha, hereby certify that the Certification of Judgment for Registration in Another District From the U.S. District Court for the Central District of California was filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL 60604 for registration in that Court on Wednesday, March 5, 2008. I further certify that as the Court's electronic filing system was down on March 5, 2008, the Certification was not served that day and that the prior Certificate of Service was in error.  The undersigned now certifies that the Notice of Filing was served on defendant via Certified Mail, Return Receipt Requested, to the above referenced registered agent for judgment debtor Andy's Express Company, Inc., with proper postage prepaid this 10th day of March, 2008.

                                                     /s/ William D. Brejcha

William D. Brejcha (0288543)
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street – Suite 600
Chicago, IL 60603-2427
Phone:   312-255-7200
Fax:       312-422-1224
wdbrejcha@scopelitis.com
www.scopelitis.com