## **CERTIFICATE OF SERVICE**

I, William D. Brejcha, hereby certify that the foregoing **Citation Notice** was filed electronically this 2nd day of April, 2008. Notice of this electronic filing has been sent to:

| | |
|---|---|
| Mr. Paul E. Antill | Kathleen Jeffries |
| Law Office of Paul E. Antill | Scopelitis, Garvin, Light, Hanson & Feary |
| 425 West Bonita Avenue | 2 North Lake Avenue |
| Suite 207 | Suite 460 |
| San Dimas, CA  91773 | Pasadena, CA  91101 |

via United States First Class Mail, with proper postage prepaid this 2nd day of April, 2008.

                                                    /s/ William D. Brejcha
                                                  William D. Brejcha

William D. Brejcha
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street, Suite 600
Chicago, IL 60603
312-255-7200
312-422-1224
wdbrejcha@scopelitis.com