## CERTIFICATE OF SERVICE

I, William D. Brejcha, hereby certify that the foregoing **Citation To Discover Assets** was filed electronically this 2nd  day of April, 2008.  Notice of this electronic filing has been sent to:

Mr. Paul E. Antill                        Kathleen Jeffries
Law Office of Paul E. Antill        Scopelitis, Garvin, Light, Hanson & Feary
425 West Bonita Avenue           2 North Lake Avenue
Suite 207                                 Suite 460
San Dimas, CA  91773             Pasadena, CA  91101

via United States First Class Mail, with proper postage prepaid this 2nd day of April, 2008.


_____/s/ William D. Brejcha_____
William D. Brejcha


William D. Brejcha
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street, Suite 600
Chicago, IL 60603
312-255-7200
312-422-1224
wdbrejcha@scopelitis.com