**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **WEST COAST DISTRIBUTING, INC.,**   )<br>**a Delaware corporation,**   )<br>                      **Plaintiff,**   )<br>                                              )<br>    -vs-                                   )<br>                                              )<br>**ANDY'S EXPRESS COMPANY, INC.,**   )<br>**an Illinois corporation,**   )<br>                      **Defendant.**   ) | **CASE NO.:  08cv1336**<br>**JUDGE KENNELLY** |

**NOTICE OF FILING**

TO:   Andy's Express Company, Inc.          Paul E. Antill
        c/o Wm. V. Angelo, Reg.  Agent        Law Offices of Paul E. Antill
        5210 Old Orchard Road                    425 West Bonita Ave. – Suite 207
        Skokie, IL  60077                              San Dimas, CA  91773

   Take notice that on this 9th day of April, 2008, the undersigned counsel for West Coast Distributing, Inc. filed the Affidavit of Service of the Citation to Discover Assets and Notice on the registered agent of Andy's Express Company, Inc.

                                                            /s/ William D. Brejcha

**CERTIFICATE OF SERVICE**

   I, William D. Brejcha, hereby certify that a copy of the foregoing was sent via Certified Mail, Return Receipt Requested, to the registered agent for judgment debtor Andy's Express Company, Inc., with proper postage prepaid this 9th day of April, 2008.

                                                            /s/ William D. Brejcha

William D. Brejcha (0288543)
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street – Suite 600
Chicago, IL 60603-2427
Phone:        312-255-7200
Fax:    312-422-1224
wdbrejcha@scopelitis.com
www.scopelitis.com