IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

West Coast Distributiing

vs.

Andy's Express

Case Number   08 CV 1336

## AFFIDAVIT OF SERVICE

I, Ryan Flaska, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 02 day of April, 2008, at 10:30 AM at 5215 Old Orchard Rd. #1010, Skokie, IL 60071, did serve the following document(s):

**Citation To Discover Assets, Exhibit A & Notice**

Upon: **Andy's Express Company c/o William V. Angelo, Registered Agent**

By: ☑ Personally serving to:   Alyssa Ventura-Secretary, Authorized To Accept

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 5215 Old Orchard Rd. #1010, Skokie, IL 60071 on

Comments:   William V. Angelo was not available, however Alyssa Ventura was authorized to accept on his behalf.

Description: Sex **Female**      Race **White**           Approximate Age **32**

Height **5'7**        Weight **148**           Hair Color **Brown**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
Ryan Flaska
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101