IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **WEST COAST DISTRIBUTING, INC.,** a Delaware corporation,<br>                Plaintiff,<br><br>     -vs-<br><br>**ANDY'S EXPRESS COMPANY, INC.,** an Illinois corporation,<br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)  CASE NO.: 08cv1336<br>)  JUDGE KENNELLY<br>)<br>)<br>)<br>) |

**CITATION TO DISCOVER ASSETS**

TO:   Andy's Express Company, Inc.
       c/o William V. Angelo, Registered Agent
       5215 Old Orchard Road – Suite 1010
       Skokie, IL 60071

**YOU ARE COMMANDED** to appear before Judge Matthew Kennelly or any judge sitting in his stead in Room 2103 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604 on April 10, 2008 at 9:30 a.m. to be examined under oath to discover asserts or income not exempt from enforcement of a judgment. A judgment in favor of West Coast Distributing, Inc. and against Andy's Express Company, Inc. (hereafter "Andy's") was entered on January 28, 2008 and certified for registration in this District by the U.S. District Court for the Central District of California on February 28, 2008 in the amount of Thirty-Two Thousand Eight Hundred Eighty Dollars and Seventy-Nine Cents ($32,880.79). This judgment was registered in this Court on March 5, 2008 in the amount of Thirty-Two Thousand Eight Hundred Eighty Dollars and Seventy-Nine Cents ($32,880.79) and the entire judgment of Thirty-Two

Thousand Eight Hundred Eighty Dollars and Seventy-Nine Cents ($32,880.79) remains unsatisfied.

**YOU ARE COMMANDED** to produce at the examination:

> All of Andy's corporate bank statements and check registers for the years, 2005, 2006, 2007 and 2008 to date; all of Andy's corporate tax returns for the years 2004-2006 and, to the extent completed, 2007 inclusive; Andy's general ledger including information listing or describing any and all current corporate assets; all equipment lists of tractors, trailers, and other vehicles for the years 2004, 2005, 2006, 2007, or 2008; all shipper contracts with Andy's from 2004 to date; and all books, papers or records in your possession or control which may contain information concerning the property or income or indebtedness due judgment debtor.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the judgment debtor, until further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

> **WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.**

**CERTIFICATE OF ATTORNEY (OR NON-ATTORNEY)**

NOTE: THIS CITATION MUST BE ACCOMPANIED AT THE TIME OF SERVICE BY EITHER A COPY OF THE UNDERLYING MEMORANDUM OF JUDGMENT OR A CERTIFICATION BY EITHER THE CLERK THAT ENTERED THE JUDGMENT OR THE ATTORNEY FOR THE JUDGMENT CREDITOR SETTING FORTH THE FOLLOWING:

In the U.S. District Court for the Central District of California (See Exhibit A hereto) on January 28, 2008 a judgment in the amount of Thirty-Two Thousand Eight Hundred Eighty Dollars and Seventy-Nine Cents ($32,880.79) was entered in favor of West Coast Distributing, Inc. and against Andy's Express Company, Inc. in Case No. EDCV07-1530 SGL (OPx) and the entire judgment balance of Thirty-Two Thousand Eight Hundred Eighty Dollars and Seventy-Nine Cents ($32,880.79) remains unsatisfied.

I, the undersigned certify to the Court, under penalties as provided by law that all information stated herein is true.

William D. Brejcha
Attorney for Plaintiff

William D. Brejcha (0288543)
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street – Suite 600
Chicago, IL  60603
312-255-7200
wdbrejcha@scopelitis.com
www.scopelitis.com

Case 1:08-cv-01336   Document 1   Filed 03/05/2008   Page 1 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WEST COAST DISTRIBUTING, INC., a Delaware corporation, | ) ) ) | 08cv1336 Judge: Kennelly Mag. Judge: Mason |
| Plaintiff, | ) ) | |
| -vs- | ) ) | |
| ANDY'S EXPRESS COMPANY, INC., an Illinois corporation, | ) ) ) | MAR 0 5 2008 |
| Defendant. | ) | FILED |

MAR 0 5 2008  TG

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF FILING

TO:   Andy's Express Company, Inc.
c/o Wm. V. Angelo, Registered Agent
5210 Old Orchard Road
Skokie, IL 60077

Take notice that on this 5th day of March 2008, the undersigned filed the attached Certification of Judgment for Registration in Another District from the U.S. District Court for the Central District of California with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL 60604 for registration in that Court.

/s/ William D. Brejcha

### CERTIFICATE OF SERVICE

I, William D. Brejcha, hereby certify that a copy of the foregoing was sent via Certified Mail, Return Receipt Requested, to the undersigned registered agent for judgment debtor Andy's Express Company, Inc., with proper postage prepaid this 5th day of March, 2008.

/s/ William D. Brejcha

William D. Brejcha (0288543)
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street – Suite 600
Chicago, IL 60603-2427
Phone:   312-255-7200
Fax:   312-422-1224
wdbrejcha@scopelitis.com
www.scopelitis.com



EXHIBIT A

TG

08cv1336
Judge: Kennelly
Mag. Judge: Mason

Scopelitis, Garvin, Light, Hanson & Feary, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
(626) 795-4700

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| WEST COAST DISTRIBUTING, INC., a Delaware corporation | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV EDCV07-1530 SGL (OPx) |
| v. | |
| ANDY'S EXPRESS COMPANY, INC., an Illinois corporation | CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT |
| Defendant(s) | |

I, Sherri R. Carter, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on **January 28, 2008**
                                                                                                                                     *Date*
as it appears in the record of this court, and that * *(see below)*
no notice of appeal from this judgment has been filed, and no motion of any
kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has
been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on **28 FEB 2008**
                                                                                                                                     *Date*

FILED
MAR 0 5 2008        MAR 0 5 2008  TG
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SHERRI R. CARTER
CLERK, U.S. DISTRICT COURT

By: _____Marilyn_____
          Deputy Clerk

* Insert the appropriate language:

"no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."

"no notice of appeal from this judgment has been filed, any motions of the kinds listed in Rule 4(a) of the Rules of Appellate Procedure [*] have been disposed of, the latest order disposing of such a motion having been entered on [date]."

"an appeal was taken from this judgment and this judgment was affirmed by mandate of the Court of Appeals issued on [date]."

"An appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[NOTE: The motions listed in Rule 4(a), Fed.R.App.P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.]

CV-101 (08/97)        CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT        CCOCV101

Certification of Judgment for Registration in Another District

# ATTACHMENT

| | |
|---|---|
| 1 | Kathleen C. Jeffries (State Bar #110362) |
| 2 | SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP<br>2 North Lake Avenue, Suite 460<br>Pasadena, California 91101 |
| 3 | Telephone: (626) 795-4700<br>Facsimile: (626) 795-4790 |
| 4 | kjeffries@scopelitis.com |
| 5 | Attorneys for Plaintiff |
| 6 | WEST COAST DISTRIBUTING, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| WEST COAST DISTRIBUTING, INC., a Delaware corporation, | ) | Case No. EDCV07-1530 SGL (OPx) |
| Plaintiff, | ) | DEFAULT JUDGMENT BY CLERK (PROPOSED) |
| v. | ) | |
| ANDY'S EXPRESS COMPANY, INC., an Illinois corporation; and DOES 1 through 10, inclusive, | ) | |
| Defendants. | ) | |

Defendant Andy's Express Company, Inc., having been served with summons and copy of complaint, having failed to answer complaint of plaintiff West Coast Distributing, Inc. within the time allowed by law and default of said defendant having been entered on January 22, 2008, plaintiff applies to the Clerk of the Court for judgment pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and Local Rule 55-1:

Declaration of Kathleen C. Jeffries having been received in evidence.

///

1

1     The Clerk of the Court, after having considered the evidence,
2 orders the following judgment:
3     On the complaint, plaintiff shall recover from defendant Andy's
4 Express Company, Inc. the sum of $32,880.79, with damages in the principal
5 sum of $31,950.00, $574.00 prejudgment interest and costs as provided by
6 law in the sum of $356.79.

7

8 Dated: _____1/28/, 2008                A. MORRIS
                                                   Clerk, United States District Court