IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WEST COAST DISTRIBUTING, INC., a Delaware corporation,<br>        Judgment Creditor,<br><br>-vs-<br><br>ANDY'S EXPRESS COMPANY, INC., an Illinois corporation,<br>        Judgment Debtor. | CASE NO.: 08cv1336<br><br>APPEARANCE DATE:<br>April 10, 2008<br><br>TIME: 9:30 a.m. |

## CITATION NOTICE

Judgment Debtor's Last Known:

Andy's Express Company, Inc.
c/o William Angelo, Registered Agent
5215 Old Orchard Road - #1010
Skokie, IL 60011

Phone: 847-583-2244

Judgment Creditor:

West Coast Distributing, Inc.
350 Main Street
Malden, MA 02148

Phone: 1-781-665-9393

A judgment in favor of West Coast Distributing, Inc. and against Andy's Express Company, Inc. was entered on January 28, 2008 in the U.S. District Court for the Central District of California and registered in this Court on March 5, 2008 in the amount of Thirty-Two Thousand Eight Hundred Eighty Dollars and Seventy-Nine Cents ($32,880.79) and Thirty-Two Thousand Eight Hundred Eighty Dollars and Seventy-Nine Cents ($32,880.79) remains unsatisfied.

Attorney for Judgment Creditor:

William D. Brejcha (0288543)
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street – Suite 600
Chicago, IL 60603
312-255-7200
wdbrejcha@scopelitis.com
www.scopelitis.com

Name of person to receive Citation:   William V. Angelo, Registered Agent
                                       5215 Old Orchard Road – Suite 1010
                                       Skokie, IL  60071

NOTICE:  The court has issued a Citation against the person named above.  The Citation directs that person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest.  The Citation was issued on the basis of a judgment against the judgment debtor and in favor of the judgment creditor in the amount stated above.  On or after the court date stated above, the court may compel the application of any discovered income or asserts toward payment of the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law.  **THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE.**

1. Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $2,000 in value, in any personal property as chosen by the debtor.
2. Social Security and SSI benefits.
3. Public assistance benefits;
4. Unemployment compensation benefits;
5. Worker's compensation benefits;
6. Veteran's benefits;
7. Circuit breaker property tax relief benefits;
8. The debtor's equity interest, not to exceed $1,200 in value, in any one motor vehicle;
9. The debtor's equity interest, not to exceed $750 in value, in any implements, professional books, or tools of the trade of the debtor;
10. Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $7,500, which homestead is exempt from judgment.
11. Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage.
12. Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable

      earnings for a week exceed 30 times the federal minimum hourly wage.

13. Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The judgment debtor may have other possible exemptions under the law.

**THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH.** The judgment debtor also has the right to seek a declaration at an earlier date by notifying the clerk in writing at the office of the Clerk of the U.S. District Court for the Northern District of Illinois, 20th Floor, Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604. When so notified, the Clerk will obtain a prompt hearing date from the court. The judgment debtor or the attorney for the judgment debtor must prepare forms claiming these exemptions and send them to the judgment creditor and the judgment creditor's attorney by regular first class mail, regarding the time and location of such hearing.

**This notice may be sent to the judgment debtor by regular first class mail.**

I certify that this Citation Notice was personally served on the judgment debtor on April __2__, 2008.

                                                                     William D. Brejcha

William D. Brejcha (0288543)
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street – Suite 600
Chicago, IL 60603
312-255-7200
wdbrejcha@scopelitis.com
www.scopelitis.com