## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

West Coast Distributing, Inc.
                          Plaintiff,

v.                                                 Case No.: 1:08−cv−01336
                                                                          Honorable Matthew F. Kennelly

Andy's Express Company, Inc.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly:Citation to discover assets hearing held on 4/10/2008. Andy's Express Company is ordered to show cause why it should not be held in contempt for failure to respond to citation. Return date is 5/15/2008 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.