IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WEST COAST DISTRIBUTING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>-vs-<br><br>ANDY'S EXPRESS COMPANY, INC., an Illinois corporation,<br><br>Defendant. | CASE NO.: 08cv1336<br>JUDGE KENNELLY |

### NOTICE OF FILING

TO:   Andy's Express Company, Inc.          Paul E. Antill
      c/o Wm. V. Angelo, Reg. Agent         Law Offices of Paul E. Antill
      5210 Old Orchard Rd. - #1010          425 West Bonita Ave. – Suite 207
      Skokie, IL  60077                     San Dimas, CA  91773

Take notice that on this 28th day of April 2008, the undersigned filed the Return of Service of this Court's April 10, 2008 Rule to Show Cause Order on the registered agent of debtor Andy's Express Company, Inc. which establishes the April 22, 2008 service of the April 10, 2008 Order on William V. Angelo, the defendant's Registered Agent.

/s/ William D. Brejcha

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Filing has been served upon all parties of record, via United States First Class Mail, with proper postage prepaid, this 28th day of April, 2008.

/s/ William D. Brejcha

William D. Brejcha (0288543)
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street – Suite 600
Chicago, IL 60603-2427
Phone:    312-255-7200
Fax:   312-422-1224
wdbrejcha@scopelitis.com
www.scopelitis.com

## CERTIFICATION

Louis Marchigiani, on oath states:

I am over 18 years of age and not a party to this case. I served the April 10, 2008 Rule to Show Cause Order issued by U.S. District Court Judge Matthew F. Kennelly of the U.S. District Court for the Northern District of Illinois on Andy's Express Company, Inc., an Illinois corporation, by handing a copy to its registered agent William V. Angelo (or his authorized representative _____) on April 22, 2008, at the hour of 2:05 a.m./p.m. at Mr. Angelo's office at 5215 Old Orchard Road, Suite 1010, in Skokie, Illinois.

_____
Louis Marchigiani

## VERIFICATION BY CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

State of Illinois
County of Cook

This instrument was acknowledged before me on 23 day of April, 20 08 by Louis J Marchigiani
_____ 4/8/2012
Notary Public's Signature
My Commission Expires

"OFFICIAL SEAL"
Nicole Renee Jackson
Notary Public, State of Illinois
Commission Expires 4/8/2012