IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **WEST COAST DISTRIBUTING, INC.,** a Delaware corporation,<br>    Plaintiff,<br><br>  -vs-<br><br>**ANDY'S EXPRESS COMPANY, INC.,** an Illinois corporation,<br>    Defendant. | CASE NO.: 08cv1336<br>JUDGE KENNELLY |

## NOTICE OF FILING

TO: Andy's Express Company, Inc.  Paul E. Antill
   c/o Wm. V. Angelo, Reg. Agent Law Offices of Paul E. Antill
   5210 Old Orchard Rd. - #1010 425 West Bonita Ave. – Suite 207
   Skokie, IL 60077      San Dimas, CA 91773

**PLEASE TAKE NOTICE** that we have filed the Return of Service of Judge Kennelly's May 12, 2008 Order setting a Rule to Show Cause hearing for May 29, 2008 on the registered agent for Andy's Express Company, Inc. on this 28th day of May, 2008.

                 /s/ William D. Brejcha

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that the foregoing Return of Service has been served upon all parties of record, via United States First Class Mail, with proper postage prepaid, this 28th day of May, 2008.

                 /s/ William D. Brejcha

William D. Brejcha (0288543)
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street – Suite 600
Chicago, IL 60603-2427
Phone:  312-255-7200
Fax: 312-422-1224
wdbrejcha@scopelitis.com
www.scopelitis.com

## CERTIFICATION

Louis Marchigiani, on oath states:

I am over 21 years of age and not a party to this case. I served the May 12, 2008 Amended Rule to Show Cause Order issued by U.S. District Court Judge Matthew F. Kennelly of the U.S. District Court for the Northern District of Illinois on Andy's Express Company, Inc., an Illinois corporation, by handing a copy to its registered agent William V. Angelo (or his authorized representative _____) on May 28, 2008 at the hour of __12:00__ a.m./p.m. at Mr. Angelo's office at 5215 Old Orchard Road, Suite 1010, in Skokie, Illinois.

_____
Louis Marchigiani

## VERIFICATION BY CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

OFFICIAL SEAL
GREG TOVAR
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-9-2011