# ATTACHMENT A
# To Motion For Sanctions

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **WEST COAST DISTRIBUTING, INC.,**<br>**a Delaware corporation,** | ) ) | |
| **Plaintiff,** | ) ) | |
| **-vs-** | ) ) | **CASE NO.: 08cv1336**<br>**JUDGE KENNELLY** |
| **ANDY'S EXPRESS COMPANY, INC.,**<br>**an Illinois corporation,** | ) ) | |
| **Defendant.** | ) | |

### AFFIDAVIT OF COUNSEL

William D. Brejcha, being first duly sworn and placed under oath, state as follows:

1.    I am an Illinois attorney and was admitted to the Illinois bar and the U.S. District Court for the Northern District of Illinois in 1973.  I am a partner with the law firm of Scopelitis, Garvin, Light, Hanson & Feary, P.C., 30 West Monroe Street, Suite 600, Chicago, Illinois 60603.  I have been a partner in this firm since June 1998 when the firm's Chicago office opened.  My firm and I represent West Coast in this collection proceeding.[1]

2.    West Coast filed this collection proceeding in this Court on March 5, 2008.  (See, Exhibit A.)  The purpose of this action was to collect West Coast's January 28, 2008 judgment of Thirty-One Thousand Nine Hundred Fifty Dollars ($31,950) as certified by the U.S. District Court for the Central District

---

[1] Andy's has not secured local counsel in this matter.  Prior to the May 29 Rule to Show Cause hearing, Gregg I. Minkow from the Hinshaw firm contacted the undersigned to propose that Andy's respond to the citation and rule to show cause by filing a bond to secure West Coast's position.  However, after investigating this option, the undersigned called Mr. Minkow back, only to find that Andy's had not retained him in this matter.  Accordingly, Andy's has chosen to remain without local counsel.

of California for Registration in another District on February 28, 2008.  (See, Exhibit B)  My firm's Pasadena, CA office represented West Coast in that suit. On April 2, 2008, we filed West Coast's Citation to Discover Assets, serving a copy by mail on Mr. Paul Antill of San Dimas, CA (See, Exhibit C) as Mr. Antill had previously filed a Rule 60 Motion to Vacate the California judgment on March 19, 2008.  (See, Exhibit D.)  We also personally served the office of Mr. William Angelo of Skokie, IL, Andy's registered agent, in Illinois, with a copy of both the Citation and the Notice on April 2, 2008 (See, Exhibit E).  The Citation was returnable on April 10, 2008 before this Court.

3.    On the afternoon of April 9, 2008, we received a FAX from Andy's CA attorney, Mr. Antill, requesting that we advise this Court as to the status of Andy's Rule 60(b) motion in the CA proceeding when we appeared before this Court on April 10.  (See, hard copy of FAXed letter in Exhibit F)  While Andy's CA counsel knew of the April 10 Citation hearing, no one from Andy's showed up in Court on April 10, 2008 and none of the financial data described in the Citation was produced then or to this date.[2]

4.    On April 10, 2008, this Court ordered Andy's to show cause as to why it should not be held in contempt for its failure to show up for the citation hearing and set a return date of May 15, 2008.  (See, Exhibit G)  My office then arranged to serve Andy's with Notice of the Rule to Show Cause and the return

---

[2] The undersigned hired a court reporter who was present to transcribe the citation examination of Andy's on April 10.  No bill has yet been submitted, but any billing should be Andy's responsibility as a sanction for its failure to show up.

May 15, 2008 date by personally serving Andy's registered agent, Mr. William Angelo on April 22, 2008 (See, Exhibit H).

5.     West Coast was next advised by this Court's personnel that the original return date of May 15, 2008 on the Rule to Show Cause Order was to be continued by the Court until May 29, 2008.   This Court then issued an Amended Order on the Rule to Show Cause hearing with a new May 29, 2008 return date (See, Exhibit I) and West Coast once again personally served this new Rule to Show Cause Order on Andy's agent Mr. Angelo.  (See, Exhibit J).

6.     When the undersigned appeared for the May 29, 2008 appearance on the Rule to Show Cause, this Court continued that matter until June 21, 2008.

7.     Attached hereto within Exhibit K is one check paid to a process server for One Hundred Dollars ($100) concerning service of the May 15, 2008 Rule to Show Cause Order.   West Coast will soon pay a second process server bill for One Hundred Dollars ($100) for service of the amended rule to show cause order on Andy's Illinois registered agent.  Also attached hereto within Exhibit L are bills for attorneys' fees and costs from my law firm related to the Citation and following events as highlighted total Three Thousand Eight Hundred Seventy Dollars and Zero Cents ($3,870) in fees.  The fees and service costs of Two Hundred Dollars ($200) generated after Andy's failed to show up for the April 10, 2008 citation total Four Thousand Seventy Dollars and Zero Cents ($4,070).  If we are subsequently billed by the court reporter for her appearance and presence at Judge Kennelly's courtroom on April 10, Andy's should have responsibility for that billing too.

- 3 -

8.    Total current West Coast fees and costs in connection with the Citation and Andy's failure to show up for the Citation total Four Thousand Seventy Dollars and Zero Cents ($4,070).  This amount may be supplemented with a court reporter billing for her attendance at the Citation hearing on April 10.

Respectfully submitted,

_____/s/ William D. Brejcha_____

William D. Brejcha

Subscribed to and Sworn before me this _11_ day of June, 2008.

Notary Public

"OFFICIAL SEAL"
MARGARET E. WEILAND
Notary Public, State of Illinois
My Commission Expires Jan. 28, 2012

## **EXHIBIT LIST**

Exhibit A          March 5, 2008 filing of Collection Proceeding

Exhibit B          West Coast's January 28, 2008 Judgment of $31,950

Exhibit C          April 2, 2008, West Coast's Citation to Discover Assets, served on Mr. Paul Antill of San Dimas, CA

Exhibit D          March 19, 2008 Rule 60 Motion to Vacate the California filed by Paul Antill of San Dimas, CA

Exhibit E          April 2, 2008 service on William Angelo of both the Citation and the Notice with a returnable date of April 10, 2008.

Exhibit F          April 9, 2008, FAX received from Andy's CA attorney, Mr. Antill, requesting we advise the Court as to the status of CA proceeding.

Exhibit G          April 10, 2008, Court ordered Andy's to show cause as to why it should not be held in contempt for its failure to show up for the citation hearing and set a return date of May 15, 2008.

Exhibit H          April 22, 2008 notice of the rule to show cause and return date served on Andy's registered agent, Mr. William Angelo

Exhibit I          Amended Order

Exhibit J          West Coast once again served this Amended Order on Andy's agent Mr. Angelo.

Exhibit K          Check paid to process server

Exhibit L          Bills for attorneys' fees and costs from West Coast's firm related to the Citation with

EXHIBIT  A

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| WEST COAST DISTRIBUTING, INC., ) | **08cv1336** |
| a Delaware corporation, ) | **Judge: Kennelly** |
| Plaintiff, ) | **Mag. Judge: Mason** |
| ) | |
| -vs- ) | |
| ) | MAR 0 5 2008 |
| ANDY'S EXPRESS COMPANY, INC., ) | **F I L E D** |
| an Illinois corporation, ) | |
| Defendant. ) | MAR 0 5 2008  TG |

### NOTICE OF FILING

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO:   Andy's Express Company, Inc.
      c/o Wm. V. Angelo, Registered Agent
      5210 Old Orchard Road
      Skokie, IL  60077

      Take notice that on this 5th day of March 2008, the undersigned filed the attached Certification of Judgment for Registration in Another District from the U.S. District Court for the Central District of California with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL 60604 for registration in that Court.

                              /s/ William D. Brejcha

### CERTIFICATE OF SERVICE

      I, William D. Brejcha, hereby certify that a copy of the foregoing was sent via Certified Mail, Return Receipt Requested, to the undersigned registered agent for judgment debtor Andy's Express Company, Inc., with proper postage prepaid this 5th day of March, 2008.

                              /s/ William D. Brejcha

William D. Brejcha (0288543)
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street – Suite 600
Chicago, IL 60603-2427
Phone:       312-255-7200
Fax:   312-422-1224
wdbrejcha@scopelitis.com
www.scopelitis.com

Case 1:08-cv-01336    Document 2    Filed 03/05/2008    Page 1 of 1

16

**08cv1336**

## CIVIL COVER SHEET

**Judge: Kennelly**
**Mag. Judge: Mason**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form isrequired for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**

WEST COAST DISTRIBUTING, INC.,
a Delaware corporation,

**DEFENDANTS**

ANDY'S EXPRESS COMPANY, INC.,
an Illinois corporation

MAR 0 5 2008

**(b)** County of Residence of First Listed Plaintiff   a Delaware Corporation
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Cook (Registered Office)
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**FILED**

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Scopelitis, Garvin, Light, Hanson & Feary, P.C. (William D. Brejcha)
30 West Monroe Street - Suite 600
Chicago, IL  60603         312-255-7200

Attorneys (If Known)

MAR 0 5 2008  TG

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**II. BASIS OF JURISDICTION**  (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                              and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT**    (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 480 Consumer Credit |
| Student Loans (excl. vet.) | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Satellite TV |
| ☐ 153 Recovery of Overpayment | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| of Veteran's Benefits | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 850 Security/Commodity/Exch. |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | ☐ 360 Other Personal Inj. | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | or Defendant) | ☐ 900 Appeal of Fee |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS—Third Party | Determination Under |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | 26 USC 7609 | Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 ADA—Employment | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | | ☐ 950 Constitutionality of |
| | ☐ 446 ADA — Other | ☐ 550 Civil Rights | Security Act | | State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | ☒ 890 Other Statutory Actions |

COLLECTION OF
49 U.S.C. Sec.14706

**V. ORIGIN**    (PLACE AN "X" IN ONE BOX ONLY)

| | |
|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judgment |

JUDG

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

Registration of Judgment entered in the Central District of California for $32,880.79

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $     CHECK YES only if demanded in complaint:  JURY DEMAND: ☐ Yes  ☒ No

**IX. This case**   ☒ is not a refiling of a previously dismissed action.

☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE  March 5, 2008    SIGNATURE OF ATTORNEY OF RECORD   _William V. Brejcha_, ARDC 0288543

# EXHIBIT  B

COPY

Scopelitis, Garvin, Light, Hanson & Feary, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
(626) 795-4700

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| WEST COAST DISTRIBUTING, INC., a Delaware corporation | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV EDCV07-1530 SGL (OPx) |
| v. | |
| ANDY'S EXPRESS COMPANY, INC., an Illinois corporation | **CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT** |
| Defendant(s) | |

I, Sherri R. Carter, Clerk of this United States District Court certify that the attached judgment

is a true and correct copy of the original judgment entered in this action on ___January 28, 2008___
Date

as it appears in the record of this court, and that * *(see below)*

no notice of appeal from this judgment has been filed, and no motion of any
kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has
been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on   **2 8 FEB 2008**
Date

**SHERRI R. CARTER**
CLERK, U.S. DISTRICT COURT

By: _Marilyn Davis_
Deputy Clerk

SEAL

* Insert the appropriate language:

"no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."

"no notice of appeal from this judgment has been filed, any motions of the kinds listed in Rule 4(a) of the Rules of Appellate Procedure [*] have been disposed of, the latest order disposing of such a motion having been entered on [date]."

"an appeal was taken from this judgment and this judgment was affirmed by mandate of the Court of Appeals issued on [date]."

"An appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[NOTE: The motions listed in Rule 4(a), Fed.R.App.P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.]

| CV-101 (08/97) | CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT | CCDCV101 |
|---|---|---|

Certification of Judgment for Registration in Another District

Kathleen C. Jeffries
Scopelitis, Garvin, Light, Hanson & Feary, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
(626) 795-4700

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST DISTRIBUTING, INC., a Delaware corporation | CASE NUMBER: |
| Plaintiff(s) | CV EDCV07-1530 SGL (OPx) |
| v. | |
| ANDY'S EXPRESS COMPANY, INC., an Illinois corporation | **CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT** |
| Defendant(s) | |

I, Sherri R. Carter, Clerk of this United States District Court certify that the attached judgment

is a true and correct copy of the original judgment entered in this action on <u>January 28, 2008</u>
                                                                                              *Date*

as it appears in the record of this court, and that * *(see below)*

no notice of appeal from this judgment has been filed, and no motion of any
kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has
been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on     **2 8 FEB 2008**
                                                                                                    *Date*


**SHERRI R. CARTER**
CLERK, U.S. DISTRICT COURT

By: _Manu___ Davis_
                Deputy Clerk

*SEAL*

* Insert the appropriate language:

   "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."

   "no notice of appeal from this judgment has been filed, any motions of the kinds listed in Rule 4(a) of the Rules of Appellate Procedure [*] have been disposed of, the latest order disposing of such a motion having been entered on [date]."

   "an appeal was taken from this judgment and this judgment was affirmed by mandate of the Court of Appeals issued on [date]."

   "An appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[**NOTE:** The motions listed in Rule 4(a), Fed.R.App.P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.]

ATTACHMENT

1  Kathleen C. Jeffries (State Bar #110362)
2  SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
   2 North Lake Avenue, Suite 460
3  Pasadena, California 91101
   Telephone: (626) 795-4700
4  Facsimile: (626) 795-4790
   kjeffries@scopelitis.com

5  Attorneys for Plaintiff
6  WEST COAST DISTRIBUTING, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                         EASTERN DIVISION

11 WEST COAST DISTRIBUTING, INC.,    )   Case No.  EDCV07-1530 SGL (OPx)
   a Delaware corporation,           )
12                                   )
                                     )
13          Plaintiff,               )   DEFAULT JUDGMENT BY CLERK
                                     )   (PROPOSED)
14     v.                            )
                                     )
15 ANDY'S EXPRESS COMPANY, INC.,     )
   an Illinois corporation; and DOES 1 )
16 through 10, inclusive,            )
                                     )
17          Defendants.              )
   _____   )

18

19          Defendant Andy's Express Company, Inc., having been served

20 with summons and copy of complaint, having failed to answer complaint of

21 plaintiff West Coast Distributing, Inc. within the time allowed by law and

22 default of said defendant having been entered on January 22, 2008, plaintiff

23 applies to the Clerk of the Court for judgment pursuant to Rule 55(b)(1) of the

24 Federal Rules of Civil Procedure and Local Rule 55-1:

25          Declaration of Kathleen C. Jeffries having been received in

26 evidence.

27 ///

28                                  1

1        The Clerk of the Court, after having considered the evidence,

2  orders the following judgment:

3        On the complaint, plaintiff shall recover from defendant Andy's

4  Express Company, Inc. the sum of $32,880.79, with damages in the principal

5  sum of $31,950.00, $574.00 prejudgment interest and costs as provided by

6  law in the sum of $356.79.

7

8  Dated: _____ 1/28/, 2008           A. MORRIS
                                                  Clerk, United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFAULT JUDGMENT BY CLERK (PROPOSED)

EXHIBIT  C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **WEST COAST DISTRIBUTING, INC.,**<br>**a Delaware corporation,**<br>**Judgment Creditor,** | ) ) ) ) | **CASE NO.:  08cv1336** |
| **-vs-** | ) ) ) | **APPEARANCE DATE:**<br>**April 10, 2008** |
| **ANDY'S EXPRESS COMPANY, INC.,**<br>**an Illinois corporation,**<br>**Judgment Debtor.** | ) ) ) ) | **TIME:  9:30 a.m.** |

### CITATION NOTICE

Judgment Debtor's Last Known:

Andy's Express Company, Inc.
c/o William Angelo, Registered Agent
5215 Old Orchard Road - #1010
Skokie, IL  60011

Phone: 847-583-2244

Judgment Creditor:

West Coast Distributing, Inc.
350 Main Street
Malden, MA  02148

Phone:  1-781-665-9393

A judgment in favor of West Coast Distributing, Inc. and against Andy's Express Company, Inc. was entered on January 28, 2008 in the U.S. District Court for the Central District of California and registered in this Court on March 5, 2008 in the amount of Thirty-Two Thousand Eight Hundred Eighty Dollars and Seventy-Nine Cents ($32,880.79) and Thirty-Two Thousand Eight Hundred Eighty Dollars and Seventy-Nine Cents ($32,880.79) remains unsatisfied.

Attorney for Judgment Creditor:

William D. Brejcha (0288543)
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street – Suite 600
Chicago, IL  60603
312-255-7200
wdbrejcha@scopelitis.com
www.scopelitis.com

Name of person to receive Citation:    William V. Angelo, Registered Agent
5215 Old Orchard Road – Suite 1010
Skokie, IL  60071

NOTICE:  The court has issued a Citation against the person named above. The Citation directs that person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest.   The Citation was issued on the basis of a judgment against the judgment debtor and in favor of the judgment creditor in the amount stated above.   On or after the court date stated above, the court may compel the application of any discovered income or asserts toward payment of the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law.  **THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE.**

1.  Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $2,000 in value, in any personal property as chosen by the debtor.
2.  Social Security and SSI benefits.
3.  Public assistance benefits;
4.  Unemployment compensation benefits;
5.  Worker's compensation benefits;
6.  Veteran's benefits;
7.  Circuit breaker property tax relief benefits;
8.  The debtor's equity interest, not to exceed $1,200 in value, in any one motor vehicle;
9.  The debtor's equity interest, not to exceed $750 in value, in any implements, professional books, or tools of the trade of the debtor;
10.  Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $7,500, which homestead is exempt from judgment.
11.  Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage.
12.  Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable

earnings for a week exceed 30 times the federal minimum hourly wage.

13.   Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The judgment debtor may have other possible exemptions under the law.

**THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH.**   The judgment debtor also has the right to seek a declaration at an earlier date by notifying the clerk in writing at the office of the Clerk of the U.S. District Court for the Northern District of Illinois, 20th Floor, Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604.  When so notified, the Clerk will obtain a prompt hearing date from the court.  The judgment debtor or the attorney for the judgment debtor must prepare forms claiming these exemptions and send them to the judgment creditor and the judgment creditor's attorney by regular first class mail, regarding the time and location of such hearing.

**This notice may be sent to the judgment debtor by regular first class mail.**

I certify that this Citation Notice was personally served on the judgment debtor on April ___2___, 2008.

_____
William D. Brejcha

William D. Brejcha (0288543)
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street – Suite 600
Chicago, IL  60603
312-255-7200
wdbrejcha@scopelitis.com
www.scopelitis.com

## CERTIFICATE OF SERVICE

I, William D. Brejcha, hereby certify that the foregoing **Citation Notice** was filed electronically this 2nd day of April, 2008. Notice of this electronic filing has been sent to:

Mr. Paul E. Antill                    Kathleen Jeffries
Law Office of Paul E. Antill          Scopelitis, Garvin, Light, Hanson & Feary
425 West Bonita Avenue                2 North Lake Avenue
Suite 207                             Suite 460
San Dimas, CA 91773                   Pasadena, CA 91101

via United States First Class Mail, with proper postage prepaid this 2nd day of April, 2008.

_____/s/ William D. Brejcha_____
William D. Brejcha


William D. Brejcha
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street, Suite 600
Chicago, IL 60603
312-255-7200
312-422-1224
wdbrejcha@scopelitis.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**WEST COAST DISTRIBUTING, INC.,**  )
a Delaware corporation,      )
        **Plaintiff,**   )
               )
   **-vs-**         )  **CASE NO.:  08cv1336**
               )  **JUDGE KENNELLY**
**ANDY'S EXPRESS COMPANY, INC.,** )
an Illinois corporation,      )
       **Defendant.**  )

### CITATION TO DISCOVER ASSETS

TO: Andy's Express Company, Inc.
   c/o William V. Angelo, Registered Agent
   5215 Old Orchard Road – Suite 1010
   Skokie, IL  60071

**YOU ARE COMMANDED** to appear before Judge Matthew Kennelly or

any judge sitting in his stead in Room 2103 at the Dirksen Federal Building,

219 South Dearborn Street, Chicago, IL 60604 on April 10, 2008  at 9:30 a.m.

to be examined under oath to discover asserts or income not exempt from

enforcement of a judgment.   A judgment in favor of West Coast Distributing,

Inc. and against Andy's Express Company, Inc. (hereafter "Andy's") was entered

on January 28, 2008 and certified for registration in this District by the U.S.

District Court for the Central District of California on February 28, 2008 in the

amount of Thirty-Two Thousand Eight Hundred Eighty Dollars and Seventy-

Nine Cents ($32,880.79).   This judgment was registered in this Court on March

5, 2008 in the amount of Thirty-Two Thousand Eight Hundred Eighty Dollars

and Seventy-Nine Cents ($32,880.79) and the entire judgment of Thirty-Two

Thousand Eight Hundred Eighty Dollars and Seventy-Nine Cents ($32,880.79)

remains unsatisfied.

**YOU ARE COMMANDED** to produce at the examination:

> All of Andy's corporate bank statements and check registers for the years, 2005, 2006, 2007 and 2008 to date; all of Andy's corporate tax returns for the years 2004-2006 and, to the extent completed, 2007 inclusive; Andy's general ledger including information listing or describing any and all current corporate assets; all equipment lists of tractors, trailers, and other vehicles for the years 2004, 2005, 2006, 2007, or 2008; all shipper contracts with Andy's from 2004 to date; and all books, papers or records in your possession or control which may contain information concerning the property or income or indebtedness due judgment debtor.

**YOU ARE PROHIBITED** from making or allowing any transfer or other

disposition of, or interfering with, any property not exempt from execution or

garnishment belonging to the judgment debtor or to which the judgment debtor

may be entitled or which may be acquired by or become due to the judgment

debtor and from paying over or otherwise disposing of any money not so

exempt, which is due or becomes due to the judgment debtor, until further

order of court or termination of the proceedings.  You are not required to

withhold the payment of any money beyond double the amount of the

judgment.

**WARNING:  YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISIONMENT IN THE COUNTY JAIL.**

## **CERTIFICATE OF ATTORNEY (OR NON-ATTORNEY)**

NOTE: THIS CITATION MUST BE ACCOMPANIED AT THE TIME OF SERVICE BY EITHER A COPY OF THE UNDERLYING MEMORANDUM OF JUDGMENT OR A CERTIFICATION BY EITHER THE CLERK THAT ENTERED THE JUDGMENT OR THE ATTORNEY FOR THE JUDGMENT CREDITOR SETTING FORTH THE FOLLOWING:

In the U.S. District Court for the Central District of California (See Exhibit A hereto) on January 28, 2008 a judgment in the amount of Thirty-Two Thousand Eight Hundred Eighty Dollars and Seventy-Nine Cents ($32,880.79) was entered in favor of West Coast Distributing, Inc. and against Andy's Express Company, Inc. in Case No. EDCV07-1530 SGL (OPx) and the entire judgment balance of Thirty-Two Thousand Eight Hundred Eighty Dollars and Seventy-Nine Cents ($32,880.79) remains unsatisfied.

I, the undersigned certify to the Court, under penalties as provided by law that all information stated herein is true.

William D. Brejcha
Attorney for Plaintiff

William D. Brejcha (0288543)
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street – Suite 600
Chicago, IL  60603
312-255-7200
wdbrejcha@scopelitis.com
www.scopelitis.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

WEST COAST DISTRIBUTING, INC.,　　　)
a Delaware corporation,　　　　　　　)
　　　　　　　　　　　　Plaintiff,　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　-vs-　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
ANDY'S EXPRESS COMPANY, INC.,　　　)
an Illinois corporation,　　　　　　　)
　　　　　　　　　　　　Defendant.　　)

**08cv1336**

**Judge: Kennelly**

**Mag. Judge: Mason**

MAR 0 5 2008

# FILED

MAR 0 5 2008　TG

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF FILING

TO:　Andy's Express Company, Inc.
　　　c/o Wm. V. Angelo, Registered Agent
　　　5210 Old Orchard Road
　　　Skokie, IL 60077

　　　Take notice that on this 5th day of March 2008, the undersigned filed the attached Certification of Judgment for Registration in Another District from the U.S. District Court for the Central District of California with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL 60604 for registration in that Court.

　　　　　　　　　　　　　　　/s/ William D. Brejcha

### CERTIFICATE OF SERVICE

　　　I, William D. Brejcha, hereby certify that a copy of the foregoing was sent via Certified Mail, Return Receipt Requested, to the undersigned registered agent for judgment debtor Andy's Express Company, Inc., with proper postage prepaid this 5th day of March, 2008.

　　　　　　　　　　　　　　　/s/ William D. Brejcha

William D. Brejcha (0288543)
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street – Suite 600
Chicago, IL 60603-2427
Phone:　　312-255-7200
Fax:　　312-422-1224
wdbrejcha@scopelitis.com
www.scopelitis.com

EXHIBIT
A

Case 1:08-cv-01336    Document 17-2    Filed 06/16/2008    Page 25 of 58
Case 1:08-cv-01336    Document 8    Filed 04/02/2008    Page 5 of 8

Case 1:08-cv-01336    Document 1    Filed 03/05/2008    Page 2 of 5

*TG*

**08cv1336**
## Judge: Kennelly
## Mag. Judge: Mason

Scopelitis, Garvin, Light, Hanson & Feary, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
(626) 795-4700

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST DISTRIBUTING, INC., a Delaware corporation | CASE NUMBER: |
| | CV EDCV07-1530 SGL (OPx) |
| Plaintiff(s) | |
| v. | CERTIFICATION OF JUDGMENT FOR |
| ANDY'S EXPRESS COMPANY, INC., an Illinois corporation | REGISTRATION IN ANOTHER DISTRICT |
| Defendant(s) | |

I, Sherri R. Carter, Clerk of this United States District Court certify that the attached judgment

is a true and correct copy of the original judgment entered in this action on <u>January 28, 2008</u>
                                                                           Date

as it appears in the record of this court, and that * *(see below)*

no notice of appeal from this judgment has been filed, and no motion of any
kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has
been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on **28 FEB 2008**
                                                                        Date

# FILED

MAR 05 2008    MAR 05 2008  TG

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

**SHERRI R. CARTER**
CLERK, U.S. DISTRICT COURT

By: _____
              Deputy Clerk

* Insert the appropriate language:

"no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal
Rules of Appellate Procedure has been filed."

"no notice of appeal from this judgment has been filed, any motions of the kinds listed in Rule 4(a) of the Rules of
Appellate Procedure [*] have been disposed of, the latest order disposing of such a motion having been entered on
[date]."

"an appeal was taken from this judgment and this judgment was affirmed by mandate of the Court of Appeals
issued on [date]."

"An appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[NOTE: The motions listed in Rule 4(a), Fed.R.App.P., are motions: for judgment notwithstanding the verdict; to amend or
make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice
of appeal.]

CV-101 (08/97)    CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT    CCOCV101

Certification of Judgment for Registration in
Another District

Case 1:08-cv-01336     Document 17-2     Filed 06/16/2008     Page 26 of 58
Case 1:08-cv-01336     Document 8     Filed 04/02/2008     Page 6 of 8
Case 1:08-cv-01336     Document 1     Filed 03/05/2008     Page 3 of 5

ATTACHMENT

1  Kathleen C. Jeffries (State Bar #110362)
   SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2  2 North Lake Avenue, Suite 460
   Pasadena, California 91101
3  Telephone: (626) 795-4700
   Facsimile: (626) 795-4790
4  kjeffries@scopelitis.com

5  Attorneys for Plaintiff
   WEST COAST DISTRIBUTING, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                        EASTERN DIVISION

11  WEST COAST DISTRIBUTING, INC.,      )  Case No.  EDCV07-1530 SGL (OPx)
    a Delaware corporation,             )
12                                      )
             Plaintiff,                 )  DEFAULT JUDGMENT BY CLERK
13                                      )  (PROPOSED)
        v.                              )
14                                      )
    ANDY'S EXPRESS COMPANY, INC.,       )
15  an Illinois corporation; and DOES 1 )
    through 10, inclusive,              )
16                                      )
             Defendants.                )
17  _____)

18

19          Defendant Andy's Express Company, Inc., having been served

20  with summons and copy of complaint, having failed to answer complaint of

21  plaintiff West Coast Distributing, Inc. within the time allowed by law and

22  default of said defendant having been entered on January 22, 2008, plaintiff

23  applies to the Clerk of the Court for judgment pursuant to Rule 55(b)(1) of the

24  Federal Rules of Civil Procedure and Local Rule 55-1:

25          Declaration of Kathleen C. Jeffries having been received in

26  evidence.

27  ///

28                                  1

1    The Clerk of the Court, after having considered the evidence,
2    orders the following judgment:
3        On the complaint, plaintiff shall recover from defendant Andy's
4    Express Company, Inc. the sum of $32,880.79, with damages in the principal
5    sum of $31,950.00, $574.00 prejudgment interest and costs as provided by
6    law in the sum of $356.79.
7
8    Dated: _____1/28/, 2008                    A. MORRIS
9                                    Clerk, United States District Court
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                    2

DEFAULT JUDGMENT BY CLERK (PROPOSED)

## CERTIFICATE OF SERVICE

I, William D. Brejcha, hereby certify that the foregoing **Citation To Discover Assets** was filed electronically this 2nd day of April, 2008. Notice of this electronic filing has been sent to:

| | |
|---|---|
| Mr. Paul E. Antill | Kathleen Jeffries |
| Law Office of Paul E. Antill | Scopelitis, Garvin, Light, Hanson & Feary |
| 425 West Bonita Avenue | 2 North Lake Avenue |
| Suite 207 | Suite 460 |
| San Dimas, CA 91773 | Pasadena, CA 91101 |

via United States First Class Mail, with proper postage prepaid this 2nd day of April, 2008.

_____/s/ William D. Brejcha_____
William D. Brejcha


William D. Brejcha
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street, Suite 600
Chicago, IL 60603
312-255-7200
312-422-1224
wdbrejcha@scopelitis.com

EXHIBIT  D

1    Paul E. Antill ,  State Bar No. 231428
2    LAW OFFICES OF PAUL E. ANTILL
     425 W. Bonita Ave., Suite 207
3    San Dimas, California 91773
     (909) 592-1200
4

5    Attorney for Defendant and Cross-Complainant, ANDY'S EXPRESS COMPANY, INC.

6

7            UNITES STATES DISTRICT COURT

8            CENTRAL DISTRICT OF CALIFORNIA

9                    EASTERN DIVISION

10

11   WEST COAST DISTRIBUTING, INC., a    )    Case No.:  EDCV07-1530 SGL (OPx)
     Delaware corporation,               )
12                                       )
                                         )    NOTICE OF MOTION AND MOTION
13                   Plaintiff,          )    TO SET ASIDE DEFAULT
             vs.                         )    JUDGMENT PURSUANT TO RULE
14                                       )    60(b) F.R.C.P.; MEMORANDUM OF
     ANDY'S EXPRESS COMPANY, INC., an    )    POINTS AND AUTHORITIES;
15   Illinois corporation; and  DOES 1 through )  DECLARATION OF RAY GENTRY
     10, inclusive,                      )
16                                       )    Date:         April 21, 2008
17                   Defendants.         )    Time:         10:00 a.m.
                                         )    Courtroom:    1
18   ANDY'S EXPRESS COMPANY, INC., an    )
     Illinois corporation,               )
19                                       )
                                         )
20                   Counter-Claimant,   )
             vs.                         )
21                                       )
     WEST COAST DISTRIBUTING, INC., a    )
22   Delaware corporation; and  DOES 1   )
     through 10, inclusive,              )
23                                       )
                                         )
24                   Counter-Defendants. )
                                         )
25

26           TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

27           PLEASE TAKE NOTICE that on April 21, 2008, at 10:00 a.m. or as soon thereafter as

28   the matter can be heard in Department 1 of the above-entitled court, located at 3470 Twelfth St.,

---

-1-
MOTION TO SET ASIDE DEFAULT JUDGMENT

1  Riverside, CA 92501, Defendant ANDY'S EXPRESS COMPANY, INC., will move this court,

2  pursuant to FRCP 60(b), for an order setting aside the default and default judgment entered on or

3  about January 22, 2008.  This motion is made following the conference of counsel pursuant to

4  L.R. 7-3 which took place on January 28, 2008.

5          This motion is based on the following grounds: excusable neglect caused the delay in

6  filing an answer to the complaint; defendant has a meritorious defense to the claims for relief

7  alleged; and inadvertence by defendant.

8          The motion will be based on this Notice of Motion and Motion, the Memorandum of

9  Points and Authorities filed herewith, Declarations of Ray Gentry and Paul E. Antill, and the

10  pleadings and papers filed herein.

11

12

13  DATED: March 6, 2008                    LAW OFFICES OF PAUL E. ANTILL

14

15

16                                          _____

17                                          PAUL E. ANTILL
                                            Attorney for Defendant
18                                          Andy's Express Company, Inc.

19

20

21

22

23

24

25

26

27

28

MOTION TO SET ASIDE DEFAULT JUDGMENT

1    **MEMORANDUM OF POINTS AND AUTHORITIES**

2    1. <u>INTRODUCTION TO CASE</u>

3       Plaintiff filed this case on November 20, 2007 seeking compensation for allegedly

4 damaged cargo. The Summons and Complaint were mailed on or about December 6, 2007 to

5 Defendant's designated agent of process located in Skokie, Illinois. Defendant first received the

6 Summons and Complaint from Defendant's agent of process by mail in its Aurora, Illinois

7 corporate office on or about December 18, 2007. Defendant promptly sought legal counsel and

8 learned that they needed an attorney licensed to practice law in California. In early January

9 Defendant contacted Kathy Stein located in Long Beach, California, but never reached an

10 agreement with her for a retainer. Defendant retained the Law Offices of Paul E. Antill on or

11 about January 14, 2008. See attached Declaration of RAY GENTRY incorporated herein by

12 reference. On January 16, 2008, the Law Offices of Paul E. Antill sent a letter of representation

13 to Plaintiff's counsel requesting a stipulation to set aside the default. However, Plaintiff

14 proceeded to obtain a default judgment on January 22, 2008. See Attached Declaration of Paul

15 E. Antill incorporated herein by reference.

16    2. <u>A CASE SHOULD BE DECIDED ON THE MERITS WHENEVER POSSIBLE</u>

17       Rule 60(b) allows a court to vacate a judgment for "(1) mistake, inadvertence, surprise, or

18 excusable neglect …or (6) any other reason justifying relief from the operation of the judgment."

19 To receive relief, a moving party must "show both injury and that circumstances beyond his

20 control prevented timely action to protect its interests," *United States v. Alpine Land & Reservoir*

21 *Co.*, 984 F.2d 1047, 1049 (9th Cir. 1993). Herein Defendant is a resident of Illinois sued in

22 California. By the time Defendant initially received the summons and complaint on December

23 18, 2007, a response was already overdue. Defendant searched diligently for an attorney, and

24 once retained, Defense's counsel attempted to ascertain the proper course of action in response to

25 the facts.

26    ///

27    ///

28    ///

MOTION TO SET ASIDE DEFAULT JUDGMENT

3. <u>DEFENDANT HAS A MERITORIOUS DEFENSE AND PLAINTIFF WOULD SUFFER NO PREJUDICE.</u>

Rule 60 (b) is remedial in nature and is liberally applied. *Community Dental Services v. Tani*, 282 F.3d 1164, 1169 (9th Cir. 2002). Also, because a default judgment is an extreme measure, a case should be decided on the merits whenever possible. See *id.* at 1170. Defendant has shown this by filing its responsive motions concurrently with this motion. Furthermore, since defendant received the summons and complaint less than three months ago, Plaintiff would suffer no prejudice.

4. <u>CONCLUSION</u>

Based on the foregoing facts and legal precedent, the court should grant Defendant's motion to set aside the default and allow the Defendant to answer.


DATED: March 6, 2008          LAW OFFICES OF PAUL E. ANTILL

                              _____
                              PAUL E. ANTILL
                              Attorney for Defendant
                              Andy's Express Company, Inc.

MOTION TO SET ASIDE DEFAULT JUDGMENT

### DECLARATION OF PAUL E. ANTILL

I, PAUL E. ANTILL, declare:

1. I am attorney duly authorized to practice law before all the courts of the State of California and the United States District Court for the Central District of California and the attorney of record for defendant, ANDY'S EXPRESS COMPANY, INC., in United States District Court case number EDCV07-1530 SGL (OPx).

2. I have personal knowledge of the facts discussed herein and if called as a witness could be competent to testify to thereto.

3. Defendant retained the Law Offices of Paul E. Antill on or about January 14, 2008.

4. On January 16, 2008, I sent a letter of representation to Plaintiff's counsel requesting a stipulation to set aside the default.

5. Instead, Plaintiff opted to obtain a default judgment on January 22, 2008.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on March 7, 2008, in the City of San Dimas, California.


DATED: March 7, 2008                    LAW OFFICES OF PAUL E. ANTILL

                                        _____
                                        PAUL E. ANTILL
                                        Attorney for Defendant
                                        Andy's Express Company, Inc.

1

1                          **DECLARATION OF RAY GENTRY**

2        I, Ray Gentry, declare:

3        1.      I am the Operations Manager for ANDY'S EXPRESS COMPANY, INC.

4    ("ANDY'S"), Defendant in USDC Case Number EDCV07-1530 SGL (OPx), and as such have

5    personal knowledge of the facts discussed herein and could be competent to testify about such

6    facts if called as a witness.  I submit this Declaration in support of Defendant's motion to set

7    aside default judgment.

8        2.      On or about December 18, 2007, the Summons and Complaint filed by WEST

9    COAST DISTRIBUTING, INC., in the aforementioned case, were received in my office located

10   in Aurora, Illinois, by regular mail from ANDY'S agent for service of process located in Skokie,

11   Illinois, and postmarked December 17, 2007.  This was the first notice that ANDY'S had been

12   sued in this matter.

13       3.      Over the last two weeks of December, 2007, I contacted several attorneys in Illinois

14   only to learn that I had to retain an attorney admitted to the State Bar of California and

15   authorized to appear in the United States District Court for the Central District of California.

16       4.      In early January, 2008, I contacted Kathy Stein, an attorney located in Long Beach,

17   California.  Since we never reached an agreement with her concerning a retainer fee amount, she

18   was never authorized to act on our behalf.

19       5.      On or about January 14, 2008, I found Paul E. Antill's office in San Dimas,

20   California, and retained Mr. Antill to represent ANDY'S in this matter.

21       I declare under the penalty of perjury under the laws of the State of California that the

22   foregoing is true and correct, and that this declaration was executed on February __, 2008, in the

23   City of Aurora, Illinois.

24

25

26                                          RAY GENTRY

27

28

---

MOTION TO SET ASIDE DEFAULT JUDGMENT

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am a citizen of the United States, employed in, or a resident of the County; I am over the age of 18 years and not a party to the above-entitled action; my business address is 425 W. Bonita Avenue, Suite 207, San Dimas, California 91773.

      On March 19, 2008, I served the document(s) named below on the parties in this action, by placing a true copy thereof in the United States Mail.

**DOCUMENT(S) SERVED: NOTICE OF MOTION AND MOTION TO SET ASIDE DEFAULT JUDGMENT PURSUANT TO RULE 60(b) F.R.C.P.; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RAY GENTRY.**

**SERVED UPON:**        **Scopelitis, Garvin, Light, Hanson & Feary**
                              **Kathleen C. Jeffries**
                              **2 North Lake Avenue, suite 460**
                              **Pasadena, CA 91101**

[X]    **(BY MAIL)** I caused each such envelope, with postage thereon fully prepared, to be placed in the United States mail at San Dimas, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service on the same day that it is placed for collection.

[ ]    **(BY FACSIMILE)** The above-referenced document was transmitted by facsimile and the transmission was reported as completed and without error. Pursuant to C.R.C. §2009(i), I either caused, or had someone cause, the transmitting machine to properly transmit the attached documents to the facsimile numbers shown on the service list.

[ ]    **(BY FEDERAL EXPRESS)** I am readily familiar with the firm's practice for collection and processing of documents for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

[ ]    **(BY PERSONAL SERVICE)** I caused such document(s) to be delivered/personally served by courier on the date as herein stated to the addressee(s) herein stated.

[X ]    **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ ]    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 19, 2008, at San Dimas, California.

_____
Allison Babcock

EXHIBIT  E

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

West Coast Distributiing

vs.    Andy's Express

Case Number    08 CV 1336

## AFFIDAVIT OF SERVICE

I, Ryan Flaska, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 02 day of April, 2008, at 10:30 AM at 5215 Old Orchard Rd. #1010, Skokie, IL 60071, did serve the following document(s):

**Citation To Discover Assets, Exhibit A & Notice**

Upon:   **Andy's Express Company c/o William V. Angelo, Registered Agent**

By:   ☑ Personally serving to:   Alyssa Ventura-Secretary, Authorized To Accept

   ☐ leaving copies at the usual place of abode with:

   a member of the household 13 years or upwards and informed that person of the contents thereof

   ☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

   at 5215 Old Orchard Rd. #1010, Skokie, IL 60071 on

Comments:   William V. Angelo was not available, however Alyssa Ventura was authorized to accept on his behalf.

| Description: | Sex | **Female** | Race | **White** | Approximate Age | **32** |
|---|---|---|---|---|---|---|
| | Height | **5'7** | Weight | **148** | Hair Color | **Brown** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

Ryan Flaska
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101

EXHIBIT  F

LAW OFFICES OF

# PAUL E. ANTILL

PLAZA DEL RANCHO

TELEPHONE (909) 592-1200          425 W. BONITA AVENUE, SUITE 207          FACSIMILE (909) 592-1223

SAN DIMAS, CALIFORNIA 91773

April 9, 2008

**BY FAX AND BY MAIL (312) 422-1224**
William D. Brejcha, Esq.
Scopelitis, Garvin, Light, Hanson & Feary, LLP
30 West Monroe Street, Suite 600
Chicago, IL 60603

      Re:   Case:     <u>West Coast Distributing, Inc. V. Andy's Express Co. Inc.</u>

Dear Mr. Brejcha,

Please be advised that I represent defendant, Andy's Express Company, Inc., in the above-referenced pending USDC case for the Central District of California. As your firm's Pasadena, California office, specifically Kathleen C. Jeffries, is aware, the District Court has scheduled for hearing on May 12, 2008 my motion to set-aside the default entered against my client. I request that you inform the USDC of my pending motion when you appear at the hearing in Chicago on April 10, 2008.

Thank you for your cooperation.

Sincerely,

Paul E. Antill
Attorney at Law

PA:ab

RECEIVED

APR 1 4 2007

SCOPELITIS, GARVIN
LIGHT & HANSON

EXHIBIT  G

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

West Coast Distributing, Inc.

                              Plaintiff,

v.                                               Case No.: 1:08−cv−01336
                                                 Honorable Matthew F. Kennelly

Andy's Express Company, Inc.

                              Defendant.
_____

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2008:

  MINUTE entry before Judge Honorable Matthew F. Kennelly:Citation to discover
assets hearing held on 4/10/2008. Andy's Express Company is ordered to show cause why
it should not be held in contempt for failure to respond to citation. Return date is
5/15/2008 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.

EXHIBIT  H

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **WEST COAST DISTRIBUTING, INC.,** )<br>a Delaware corporation, )<br>              **Plaintiff,** )<br> )<br>     **-vs-** )<br> )<br>**ANDY'S EXPRESS COMPANY, INC.,** )<br>an Illinois corporation, )<br>          **Defendant.** ) | **CASE NO.:  08cv1336**<br>**JUDGE KENNELLY** |

### NOTICE OF FILING

TO:   Andy's Express Company, Inc.        Paul E. Antill
       c/o Wm. V. Angelo, Reg. Agent    Law Offices of Paul E. Antill
       5210 Old Orchard Rd. - #1010     425 West Bonita Ave. – Suite 207
       Skokie, IL  60077              San Dimas, CA  91773

     Take notice that on this 28th day of April 2008, the undersigned filed the Return of Service of this Court's April 10, 2008 Rule to Show Cause Order on the registered agent of debtor Andy's Express Company, Inc. which establishes the April 22, 2008 service of the April 10, 2008 Order on William V. Angelo, the defendant's Registered Agent.

                            _____/s/ William D. Brejcha_____

### CERTIFICATE OF SERVICE

     The undersigned hereby certifies that the foregoing Notice of Filing has been served upon all parties of record, via United States First Class Mail, with proper postage prepaid, this 28th day of April, 2008.

                            _____/s/ William D. Brejcha_____

William D. Brejcha (0288543)
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street – Suite 600
Chicago, IL 60603-2427
Phone:     312-255-7200
Fax:  312-422-1224
wdbrejcha@scopelitis.com
www.scopelitis.com

## CERTIFICATION

Louis Marchigiani, on oath states:

I am over 18 years of age and not a party to this case. I served the April 10, 2008 Rule to Show Cause Order issued by U.S. District Court Judge Matthew F. Kennelly of the U.S. District Court for the Northern District of Illinois on Andy's Express Company, Inc., an Illinois corporation, by handing a copy to its registered agent William V. Angelo (or his authorized representative _____ ) on *April 22, 2008*, at the hour of ___*2:05*___ a.m./(p.m.) at Mr. Angelo's office at 5215 Old Orchard Road, Suite 1010, in Skokie, Illinois.

*Louis J. Marchigiani*
Louis Marchigiani

## VERIFICATION BY CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

State of _Illinois_
County of _Cook_

This instrument was acknowledged before me on _23_ day of _April_, 20 _08_ by _Louis J Marchigiani_

Notary Public's Signature
My Commission Expires _4/8/2012_

*Nicole Renee Jackson    4/23/08*

"OFFICIAL SEAL"
Nicole Renee Jackson
Notary Public, State of Illinois
Commission Expires 4/8/2012

## CERTIFICATION

Louis Marchigiani, on oath states:

I am over 18 years of age and not a party to this case.  I served the April 10, 2008 Rule to Show Cause Order issued by U.S. District Court Judge Matthew F. Kennelly of the U.S. District Court for the Northern District of Illinois on Andy's Express Company, Inc., an Illinois corporation, by handing a copy to its registered agent William V. Angelo (or his authorized representative _

_____ ) on *April 22, 2008* ,

at the hour of ___*2:05*___ a.m./p.m. at Mr. Angelo's office at 5215 Old Orchard Road, Suite 1010, in Skokie, Illinois.


*Louis J. Marchigiani*
Louis Marchigiani


## VERIFICATION BY CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

State of _Illinois_
County of _Cook_

This instrument was acknowledged before me
on 23 day of April, 20 08 by Louis J. Marchigiani

Notary Public's Signature
My Commission Expires 4/8/2012

"OFFICIAL SEAL"
Nicole Renee Jackson
Notary Public, State of Illinois
Commission Expires 4/8/2012

4/23/08

EXHIBIT  I

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**WEST COAST DISTRIBUTING, INC.,**
**a Delaware corporation,**

               **Plaintiff,**

       -vs-

**ANDY'S EXPRESS COMPANY, INC.,**
**an Illinois corporation,**

               **Defendant.**

)
)
)
)
)
)
)
)
)
)

**CASE NO.:  08cv1336**
**JUDGE KENNELLY**

### <u>AMENDED RULE TO SHOW CAUSE ORDER</u>

This matter coming to be heard on April 10, 2008 on West Coast Distributing, Inc.'s Citation To Discover Assets and Andy's Express Company, Inc. ("Andy's"), having been duly served and notified of the April 10, 2008 hearing, not appearing on that date in response to the Citation, this Court having ordered Andy's to appear on May 15, 2008 at 9:30 and show cause as to why Andy's should not be held in contempt and this Court subsequently striking the May 15, 2008 return date and extending the return date on the Rule to Show Cause until May 29, 2008 at 9:30 a.m.;

**IT IS HEREBY ORDERED** that Andy's Express Company, Inc. must show cause as to why it should not be held in contempt of this Court for its failure to appear on April 10, 2008, the May 15, 2008 return date is stricken, and the new return date for Andy's as to the Rule to Show Cause is set for May 29, 2008 at 9:30 a.m. in Courtroom 2103 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604.

ENTER:

DATED: 3/12/08

Matthew F. Kennelly
U.S. District Court Judge

Order Prepared By:
William D. Brejcha (0288543)
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street – Suite 600
Chicago, IL  60603
312-255-7200
wdbrejcha@scopelitis.com

EXHIBIT  J

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **WEST COAST DISTRIBUTING, INC.,** | ) | |
| a Delaware corporation, | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **CASE NO.:  08cv1336** |
| | ) | **JUDGE KENNELLY** |
| **ANDY'S EXPRESS COMPANY, INC.,** | ) | |
| an Illinois corporation, | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

TO:    Andy's Express Company, Inc.      Paul E. Antill
c/o Wm. V. Angelo, Reg. Agent     Law Offices of Paul E. Antill
5210 Old Orchard Rd. - #1010      425 West Bonita Ave. – Suite 207
Skokie, IL  60077              San Dimas, CA  91773

      **PLEASE TAKE NOTICE** that we have filed the Return of Service of Judge Kennelly's May 12, 2008 Order setting a Rule to Show Cause hearing for May 29, 2008 on the registered agent for Andy's Express Company, Inc. on this 28th day of May, 2008.

                         /s/ William D. Brejcha

### CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing Return of Service has been served upon all parties of record, via United States First Class Mail, with proper postage prepaid, this 28th day of May, 2008.

                         /s/ William D. Brejcha

William D. Brejcha (0288543)
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street – Suite 600
Chicago, IL 60603-2427
Phone:    312-255-7200
Fax:   312-422-1224
wdbrejcha@scopelitis.com
www.scopelitis.com

## CERTIFICATION

Louis Marchigiani, on oath states:

I am over 21 years of age and not a party to this case. I served the May 12, 2008 Amended Rule to Show Cause Order issued by U.S. District Court Judge Matthew F. Kennelly of the U.S. District Court for the Northern District of Illinois on Andy's Express Company, Inc., an Illinois corporation, by handing a copy to its registered agent William V. Angelo (or his authorized representative _____) on May _28_, 2008 at the hour of _12:00_ a.m./p.m.) at Mr. Angelo's office at 5215 Old Orchard Road, Suite 1010, in Skokie, Illinois.

_____
Louis Marchigiani

## VERIFICATION BY CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

OFFICIAL SEAL
GREG TOVAR
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-9-2011

EXHIBIT  K

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY P.C.                                96066

    LJM Services, Inc.                                                  96066

$0.00                   SASMIS20              04/23/2008        $100.00        $100.00

    Services regarding William V. Angelo  (#LA0079.3)

---

96066

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY P.C.        THE NATIONAL BANK OF INDIANAPOLIS          LJM
            PH: 317-637-1777                                  20-667-740                       96066
      10 W. MARKET STREET, SUITE 1500
      INDIANAPOLIS, IN 46204

One hundred  and NO/100

                                                    DATE                    AMOUNT
                                                    06/06/2008              $100.00

PAY
TO THE      LJM Services, Inc.
ORDER       780 West Army Trail Road
OF          Suite 134                               2 SIGNERS REQUIRED FOR CHECKS OVER $6,500.00
            Carol Stream, IL  60188

⑈096066⑈ ⑆074006674⑆          ⑈229186⑈

---

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY P.C.                                96066

    LJM Services, Inc.                                                  96066

$0.00                   SASMIS20              04/23/2008        $100.00        $100.00

    Services regarding William V. Angelo  (#LA0079.3)

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

EXHIBIT   L

# Scopelitis, Garvin, Light, Hanson & Feary
## Billing Summary

| Date | Amount |
|------|--------|
| 04-10-2008 | $ 630.00 |
| 04-11-2008 | 210.00 |
| 04-14-2008 | 180.00 |
| 04-15-2008 | 90.00 |
| 04-16-2008 | 60.00 |
| 04-17-2008 | 180.00 |
| 04-22-2008 | 60.00 |
| 04-28-2008 | 150.00 |
| 05-12-2008 | 240.00 |
| 05-13-2008 | 180.00 |
| 05-15-2008 | 30.00 |
| 05-22-2008 | 60.00 |
| 05-23-2008 | 390.00 |
| 02-23-2008 | 240.00 |
| 05-28-2008 | 150.00 |
| 05-29-2008 | 60.00 |
| 05-29-2008 | 840.00 |
| 05-30-2008 | $ 120.00 |
| **TOTAL** | **$3,870.00** |

# SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.

## Time And Expense Details

Report ID:   OT2025 - 58212
Tuesday, June 10, 2008

Printed By   KIM

| Client | Client Reporting Name | Matter | Matter Reporting Name | | Billing Timekeeper |
|---|---|---|---|---|---|
| LA0079 | West Coast Distributing, Inc. | 00003 | Andy's Express, v. | | McNatt, Jr., Christopher C. |

Date [03/01/2008 - 06/30/2008]

**Unbilled Time**

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 5/12/2008 | WDB | 0.80 | 0.80 | 300.00 | $240.00 | | | Telephone call from Judge Kennelly's clerk; draft Amended Rule to Show Cause order with new return date; telephone calls to and from Kathleen Jeffries and to attorney for Andy's; correspondence to Judge Kennelly's minute clerk and to process server. |
| 5/13/2008 | WDB | 0.60 | 0.60 | 300.00 | $180.00 | | | Receipt and review of correspondence from Andy's attorney; correspondence and telephone call to Andy's attorney; procure new order from Judge Kennelly's clerk; forward new order to Andy's attorney and to Lou Marchigiani RE service of new order; emails to K. Jeffries Re status of contempt citation. |
| 5/15/2008 | WDB | 0.10 | 0.10 | 300.00 | $30.00 | | | Telephone calls from process agent Re new return date on rule to show cause. |
| 5/22/2008 | WDB | 0.20 | 0.20 | 300.00 | $60.00 | | | Receipt of notice from the District court as to transcript being filed; telephone call from process server as to Mr. Angelo's schedule, availability. |
| 5/23/2008 | KCJ | 1.30 | 1.30 | 300.00 | $390.00 | | | Conducted legal research re defendant's procedure for staying enforcement of judgment and relevance of bond; and conferred with Bill Brejcha re analysis of bond offer |
| 5/23/2008 | WDB | 0.80 | 0.80 | 300.00 | $240.00 | | | Telephone call from process server as to Mr. Angelo; telephone calls from and to new attorney for Andy's Greg Minkow about continuing rule to show cause hearing and filing a bond to stay the judgment; confer with attorney Jeffries Re proposal to continue 5/29 appearance; research rule 62b as to stays of judgment. |
| 5/28/2008 | WDB | 0.50 | 0.50 | 300.00 | $150.00 | | | Telephone calls(2x) from process server; receipt and review of return of service; draft notice of filing and file return of service; email to Ms. Jeffries RE 5/29 court appearance. |
| 5/29/2008 | KCJ | 0.20 | 0.20 | 300.00 | $60.00 | | | Communicated with Bill Brejcha and Richelle Brown re developments in judgment enforcement steps. |
| 5/29/2008 | WDB | 2.80 | 2.80 | 300.00 | $840.00 | | | Prepare for appearance before Judge Kennelly; trip to federal court; attend Judge Kennelly's 9:30 call per his order setting the rule to show cause hearing at that time; appear before Judge Kennelly; email to Ms. Jeffries to report on the proceedings before Judge Kennelly; receipt and review of order from the District Court; forward order to Ms. Jeffries; correspondence to Mr. Antill about this morning's court appearance and the citation procedures in the week of 6/16. |
| 5/30/2008 | WDB | 0.40 | 0.40 | 300.00 | $120.00 | | | Revise and forward correspondence to Mr. Antill about the 5.29 court appearance. |

# SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.

## Time And Expense Details

Report ID:  OT2025 - 58212
Tuesday, June 10, 2008

Date [03/01/2008 - 06/30/2008]

Printed By   KIM

**Billed Time**

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 4/10/2008 | WDB | 2.10 | 2.10 | 300.00 | $630.00 | | | Prepare for citation hearing; receipt and review of FAX correspondence from Andy's attorney Mr. Antill; trip to District Court; confer with court reporter; appear before Judge Kennelly; emails to and from Ms. Jeffries as to hearing results; correspondence to Mr. Antill. |
| 4/11/2008 | WDB | 0.70 | 0.70 | 300.00 | $210.00 | | | Receipt and review of rule to show cause order from the District Court; email to Ms. Jeffries and to West Coast; research rules to show cause. |
| 4/14/2008 | WDB | 0.60 | 0.60 | 300.00 | $180.00 | | | Telephone calls to and from Judge Kennelly's clerk RE original order on rule to show cause; draft Rule to Show Cause Order on Andy's; draft letter to Judge Kennelly's clerk and deliver with draft order. |
| 4/15/2008 | WDB | 0.30 | 0.30 | 300.00 | $90.00 | | | Telephone calls to and from Judge Kennelly's minute clerk Re availability of draft order for signature and pickup on 4/16. |
| 4/16/2008 | WDB | 0.20 | 0.20 | 300.00 | $60.00 | | | Follow up with Judge Kennelly's clerk as to Rule to Show Cause Order; pickup order from the Judge's minute clerk. |
| 4/17/2008 | WDB | 0.60 | 0.60 | 300.00 | $180.00 | | | Review order from Judge Kennelly; email and telephone call to service agent; correspondence and draft return for process server and forward material to process server, correspondence to CA counsel for Andy's and to Ms. Jeffries. |
| 4/22/2008 | WDB | 0.20 | 0.20 | 300.00 | $60.00 | | | Telephone call from process server RE successful service of Rule to Show Cause hearing on Andy's Express. |
| 4/28/2008 | WDB | 0.50 | 0.50 | 300.00 | $150.00 | | | Receipt of return of service on Notice for a Rule to Show Cause hearing on 5/15; draft Notice of Filing and file return of service with the federal court; telephone call from Mr. Gentry at Andy's; emails to & from Kathleen Jeffries. |