IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WEST COAST DISTRIBUTING, INC., a Delaware corporation,<br>                Plaintiff,<br><br>-vs-<br><br>ANDY'S EXPRESS COMPANY, INC., an Illinois corporation,<br>                Defendant. | CASE NO.: 08cv1336<br>JUDGE KENNELLY |

### NOTICE OF MOTION

TO:   Andy's Express Company, Inc.        Paul E. Antill
c/o Wm. V. Angelo, Reg. Agent      Law Offices of Paul E. Antill
5210 Old Orchard Rd. - #1010       425 West Bonita Ave. – Suite 207
Skokie, IL 60077                           San Dimas, CA 91773

      **PLEASE TAKE NOTICE** on the 23rd day of June, 2008 at 9:30 a.m., the undersigned shall appear before Judge Kennelly, or any judge sitting in his stead, in the courtroom usually occupied by him in Courtroom 2103 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, IL 60604 and then and there present **Plaintiff's Motion For Sanctions,** a copy of which is hereby served upon you.

                                        /s/ William D. Brejcha
                                        William D. Brejcha
                                        One of Its Attorneys

### CERTIFICATE OF SERVICE

      I, William D. Brejcha, hereby certify that a copy of the foregoing pleading was filed electronically this 16th day of June, 2008. Notice of this electronic filing will be sent to all parties of record via the Court's electronic filing system. In the event the parties are not registered to receive electronic mailings, hard copies will be sent via United States First Class Mail, with proper postage prepaid this 16th day of June, 2008.

                                        /s/ William D. Brejcha

William D. Brejcha (0288543)
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street – Suite 600
Chicago, IL 60603-2427
Phone: 312-255-7200
Fax:    312-422-1224
wdbrejcha@scopelitis.com
www.scopelitis.com