IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WEST COAST DISTRIBUTING, INC., a Delaware corporation,<br>      Plaintiff,<br><br>-vs-<br><br>ANDY'S EXPRESS COMPANY, INC., an Illinois corporation,<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  CASE NO.: 08cv1336<br>)  JUDGE KENNELLY<br>)<br>)<br>) |

**SUPPLEMENT TO MOTION FOR SANCTIONS**

West Coast Distributing, Inc. ("West Coast") submits this Supplement to its Motion for Sanctions against Andy's Express, Inc. ("Andy's"):

1. West Coast filed its Motion for Sanctions on June 16, 2008.

2. In that Motion, West Coast sought to recover the cost of the court reporter whom West Coast retained to transcribe the Citation to Discover Assets on April 10. However, West Coast represented that no bill for that service had yet to be received.

3. Attached hereto as Exhibit A is a $140 bill from McCorkle Court Reporters, Inc. for being present on April 10, 2008 for the Citation examination that never occurred because Andy's did not show up for that day's hearing, even though Andy's counsel knew of the hearing and instructed West Coast's counsel to report Andy's position to the Court.

- 2 -

**WHEREFORE**, West Coast prays that the sanctions requested in its June 16, 2008 pleading be increased by $140 and such other and further relief as is appropriate.

Respectfully submitted,

**WEST COAST DISTRIBUTING, INC.**

By: _____/s/ William D. Brejcha_____
William D. Brejcha,
One of Its Attorneys

Of Counsel:

William D. Brejcha (0288543)
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street – Suite 600
Chicago, IL  60603
312-255-7200
wdbrejcha@scopelitis.com
www.scopelitis.com

# INVOICE

McCorkle Court Reporters, Inc.
200 North LaSalle Street
Suite 300
Chicago, IL 60601
Phone:312-263-0052   Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 251206 | 4/15/2008 | 303635 |
| Job Date | Case No. | |
| 4/10/2008 | 08 CV 1336 | |
| Case Name | | |
| Westcoast vs Andy's Express | | |
| Payment Terms | | |
| NET30/1.5 | | |

William D. Brejcha
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street
Suite 600
Chicago, IL 60603

NO NOTES TAKEN OF:
   Motion     0.00
   Appearance    140.00    140.00

**TOTAL DUE >>>**    $140.00

Thank you. We appreciate your business.

(-) Payments/Credits:    0.00
(+) Finance Charges/Debits:    0.00
(=) New Balance:    $140.00



**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

William D. Brejcha
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street
Suite 600
Chicago, IL 60603

Invoice No.  :  251206
Invoice Date :  4/15/2008
**Total Due**  :  **$ 140.00**

**Remit To:** **McCorkle Court Reporters, Inc.**
         **200 North LaSalle Street**
         **Suite 300**
         **Chicago, IL 60601**

Job No.   :  303635
BU ID     :  MCC-MAIN
Case No.  :  08 CV 1336
Case Name :  Westcoast vs Andy's Express



EXHIBIT A