IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WEST COAST DISTRIBUTING, INC., a Delaware corporation,<br>              Plaintiff,<br><br>      -vs-<br><br>ANDY'S EXPRESS COMPANY, INC., an Illinois corporation,<br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)   CASE NO.:  08cv1336<br>)   JUDGE KENNELLY<br>)<br>)<br>)<br>) |

### NOTICE OF FILING

TO:    Andy's Express Company, Inc.        Paul E. Antill
        c/o Wm. V. Angelo, Reg. Agent     Law Offices of Paul E. Antill
        5210 Old Orchard Rd. - #1010      425 West Bonita Ave. – Suite 207
        Skokie, IL  60077                        San Dimas, CA  91773

       **PLEASE TAKE NOTICE** that on the 17th day of June, 2008, we caused to be filed with the Clerk for the United States District Court for the Northern District of Illinois, **Plaintiff's Supplement To Motion For Sanctions**, a copy of which is served upon you.

                                            /s/ William D. Brejcha
                                            William D. Brejcha

### CERTIFICATE OF SERVICE

       I, William D. Brejcha, hereby certify that a copy of the foregoing pleading was filed electronically this 17th day of June, 2008.  Notice of this electronic filing will be sent to Andy's Express Company, Inc., c/o Wm. V. Angelo via Fax: (847/583-2255) and Mr. Paul Antill via Fax (909/592-1223) and hard copies will be sent via United States First Class Mail, with proper postage prepaid this 17th day of June, 2008.

                                            /s/ William D. Brejcha

William D. Brejcha
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street – Suite 600
Chicago, IL  60603
312-255-7200
wdbrejcha@scopelitis.com