## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1336 | **DATE** | 6/23/2008 |
| **CASE TITLE** | West Coast vs. Andy's Express | | |

**DOCKET ENTRY TEXT**

Response to motion for sanctions due 7/17/2008, and reply brief by 7/14/2008.  Motion for sanctions is continued to 7/15/2008 at 9:30 AM.  Show cause hearing is continued to the same date.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|