IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WEST COAST DISTRIBUTING, INC., ) <br> a Delaware corporation, ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> ANDY'S EXPRESS COMPANY, INC., ) <br> an Illinois corporation, ) <br> Defendant. ) | CASE NO.:  08cv1336 <br> JUDGE KENNELLY |

**SECOND SUPPLEMENT TO MOTION FOR SANCTIONS**

West Coast Distributing, Inc. ("WCD") states as follows for its Second Supplement to its Motion for Sanctions:

1. WCD seeks sanctions from Andy's for costs and fees WCD has incurred due to Andy's failure to respond to WCD's Citation to Discover Assets.

2. WCD files this Second Supplement to its Sanctions Motion to add the court reporter charges WCD incurred on June 19, 2008 for a citation examination. Earlier this month, Andy's California counsel told WCD's counsel that Ray Gentry should be the Andy's representative on the Citation examination. However, while Mr. Gentry showed up at WCD's counsel's office on June 19, 2008 with documents responsive to the Citation, Mr. Gentry refused to be examined as to the documents, claiming that he had insufficient knowledge as to Andy's finances and that Andy's accountant needed to be examined as to its finances.

3. Given these facts, WCD is entitled to an additional $128.60 for retaining an unnecessary court reporter on June 19, 2008.  (<u>See</u>, Ex. A, the court reporter bill and Ex. B, the Record.)

**WHEREFORE**, West Coast Distributing, Inc. prays for an additional $128.60 in sanctions per Exhibits A and B.

Respectfully submitted,

**WEST COAST DISTRIBUTING, INC.**


By:      /s/ William D. Brejcha
   William D. Brejcha,
   One of Its Attorneys


Of Counsel:

William D. Brejcha (0288543)
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street – Suite 600
Chicago, IL  60603
312-255-7200
wdbrejcha@scopelitis.com
www.scopelitis.com