# EXHIBIT A

# INVOICE

McCorkle Court Reporters, Inc.
200 North LaSalle Street
Suite 300
Chicago, IL 60601
Phone:312-263-0052   Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 259173 | 6/20/2008 | 308836 |
| Job Date | Case No. | |
| 6/19/2008 | 08 CV 1336 | |
| Case Name | | |
| West Coast Distributing, Inc., et al. vs. Andy's Express Company, Inc., et al. | | |
| Payment Terms | | |
| NET30/1.5 | | |

William D. Brejcha
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street
Suite 600
Chicago, IL 60603

ORIGINAL TRANSCRIPT OF:
   Citation of Ray Gentry            8.00 Pages @ 5.45    43.60
      Appearance                                       80.00    80.00
      Original Exhibits Attached           0.00 Copies @ 0.00     0.00
      Delivery & Handling                                5.00     5.00

**TOTAL DUE >>>**     **$128.60**

Thank you. We appreciate your business.
Next day delivery charges applied.

**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

William D. Brejcha
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street
Suite 600
Chicago, IL 60603

Job No.     : 308836      BU ID          : MCC-MAIN
Case No.    : 08 CV 1336
Case Name   : West Coast Distributing, Inc., et al. vs. Andy's
              Express Company, Inc., et al.
Invoice No. : 259173      Invoice Date   : 6/20/2008
**Total Due** : **$ 128.60**

Remit To: **McCorkle Court Reporters, Inc.**
           **200 North LaSalle Street**
           **Suite 300**
           **Chicago, IL 60601**

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:                Amount to Charge:
Cardholder's Signature:

# EXHIBIT B

STATE OF ILLINOIS )
                  ) SS:
COUNTY OF C O O K )

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| WEST COAST DISTRIBUTING, ) | |
| INC., A DELAWARE ) | |
| CORPORATION, ) | |
|   Judgement Creditor, ) | |
|   Vs. ) | No. 08 CV 1336 |
| ANDY'S EXPRESS COMPANY, ) | |
| INC., AN ILLINOIS ) | |
| CORPORATION, ) | |
|   Judgement Debtor. ) | |

The citation to discover assets of RAY GENTRY, taken in the above-entitled cause, before Angela C. Loisi, a notary public of Cook County, Illinois, on the 19th day of June, 2008, at the hour of 1:00 at 30 West Monroe Street, Suite 600, Chicago, Illinois, pursuant to notice.

Reported by: Angela C. Loisi, CSR, RPR

License No: 084-004571

```
 1      APPEARANCES:

 2          SCOPELITIS, GARVIN, LIGHT,

 3          HANSON & FEARY

 4          30 West Monroe Street, Suite 600

 5          Chicago, Illinois 60603

 6          (312)255-7200

 7      BY: MR. WILLIAM D. BREJCHA

 8              Representing the Judgment

 9              Creditor;

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
                                                    2
```

```
1                    I N D E X

2   WITNESS                              EXAMINATION

3   RAY GENTRY

4      By Mr. Brejcha                         4

5

6

7

8

9

10

11

12                  E X H I B I T S

13  NUMBER                               MARKED FOR ID

14  RAY GENTRY Exhibit

15     No. 1                                  4

16

17

18

19

20

21

22

23

24
                                                    3
```

```
 1                    (Whereupon, Ray Gentry
 2                    Deposition Exhibit No. 1
 3                    was marked for
 4                    identification.)
 5     MR. BREJCHA:  Let the record reflect that
 6  this afternoon we were to conduct a citation
 7  examination of Andy's Express Company relative
 8  to the citation that was issued earlier this
 9  year, and was returnable initially on
10  April 10th.
11          Approximately five minutes ago Ray
12  Gentry from Andy's came here with two boxes of
13  documents that he advised complied with the
14  citation notice.
15          But he advised me that he was unable to
16  be examined with regard to them, and that we
17  needed to examine Andy's accountants in
18  connection with the financial records of the
19  company if we wanted to proceed on this
20  citation.
21          I advised Mr. Gentry that that was an
22  insufficient presentation for a citation to
23  discover assets, and that I would report to the
24  court on Monday morning, that while we received
```

                                                        4

1  two boxes of documents today, that Andy's did
2  not produce a witness for us to examine under
3  oath in connection with those documents.
4      That being the case, there will be no
5  citation examination today, and the citation
6  will be continued in accordance with the
7  agreement of the parties and the direction of
8  the court.
9      * * * FURTHER PROCEEDINGS HAD NOT * * *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

5

```
1   STATE OF ILLINOIS   )
2                       )  SS:
3   COUNTY OF C O O K   )
4
5           Angela C. Loisi, CSR, RPR, being first
6   duly sworn, on oath says that she is a court
7   reporter doing business in the City of Chicago;
8   and that she reported in shorthand the
9   proceedings of said hearing, and that the
10  foregoing is a true and correct transcript of
11  her shorthand notes so taken as aforesaid, and
12  contains the proceedings given at said hearing.
13
14  _____
15  Angela C. Loisi, CSR, RPR
16  LIC. NO. 084-004571
17
18          SUBSCRIBED AND SWORN TO
19  Before me this 20 day
20  Of June          2008.
21
22  _____
23          Notary Public
24
                                                    6
```

"OFFICIAL SEAL"
MELISSA ALLEGRETTI
Notary Public, State of Illinois
My Commission Exp. 03/20/2012