**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WEST COAST DISTRIBUTING, INC., ) <br> a Delaware corporation, ) <br>     Plaintiff, ) <br> ) <br>     -vs- ) <br> ) <br> ANDY'S EXPRESS COMPANY, INC., ) <br> an Illinois corporation, ) <br>     Defendant. ) | <br><br><br><br> CASE NO.:  08cv1336 <br> JUDGE KENNELLY |

**NOTICE OF FILING**

TO:  Richard Golding                         Paul E. Antill
     500 North Dearborn Street               Law Offices of Paul E. Antill
     2nd Floor                               425 West Bonita Ave. – Suite 207
     Chicago, IL  60610                      San Dimas, CA  91773

    **PLEASE TAKE NOTICE** that we caused to be filed **Plaintiff's Second Supplement To Motion For Sanctions** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois, a copy of which is served upon you, on this 1st day of July, 2008.

                                    /s/ William D. Brejcha

**CERTIFICATE OF SERVICE**

    I, William D. Brejcha, hereby certify that a copy of the foregoing pleading was filed electronically this 1st day of July, 2008.  Notice of this electronic filing will be sent to all parties of record by operation of the Court's electronic filing system.  In the event the parties are not registered to receive electronic mailings, hard copies will be sent via United States First Class Mail, with proper postage prepaid this 1st day of July, 2008.

                                    /s/ William D. Brejcha

William D. Brejcha (0288543)
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street – Suite 600
Chicago, IL 60603-2427
Phone:     312-255-7200
Fax:    312-422-1224
wdbrejcha@scopelitis.com
www.scopelitis.com