Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1336 | **DATE** | 7/17/2008 |
| **CASE TITLE** | West Coast Distributing vs. Andy's Express Company, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Agreed order to dissolve citation to discover assets and provide for a payment schedule in settlement of judgment. Status hearing date of 7/23/2008 is vacated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials | OR |
|---|---|---|