UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WEST COAST DISTRIBUTING, INC.<br>a Delaware corporation,<br>                  Plaintiff,<br><br>vs.<br><br>ANDY'S EXPRESS COMPANY, INC.<br>an Illinois corporation,<br>                  Defendant. | 08 CV 1336<br><br>Judge Kennelly |

AGREED ORDER TO DISSOLVE CITATION TO DISCOVER
ASSETS AND PROVIDE FOR A PAYMENT SCHEDULE
IN SETTLEMENT OF JUDGMENT

**THIS CAUSE** coming forth upon hearing on a Rule to Show Cause on that certain Citation to Discover Assets previously served upon the Judgment Debtor and Plaintiff's Motion For Sanctions, the parties being in agreement, and Court having jurisdiction and being fully advised in the premises:

The Court is advised that the above referenced Debtor/Defendant has agreed to pay the Debtor's Judgment in full plus interest and additional amounts claimed by Plaintiff by the payment to Plaintiff of Four Thousand Dollars ($4,000) on a semi-monthly basis commencing on July 15, 2008 and continuing on a semi-monthly basis until the sum of Thirty-Six Thousand Dollars ($36,000) has been paid in full to Plaintiff. If the Judgment Debtor commits any default on its semi-monthly payments to Plaintiff, upon five (5) days written notice to the Debtor/Defendant by U.S. Mail or facsimile, the

parties agree that the entire unpaid balance shall become due and payable immediately.

### THEREFORE, IT IS HEREBY ORDERED:

(a) That the agreements reached between the parties as set forth above are hereby incorporated into this Order;

(b) The Citation to Discover Assets is dissolved and the Rule to Show Cause terminated;

(c) Plaintiff's Motion for Sanctions is withdrawn; and

(d) This Court shall retain jurisdiction for the purpose of enforcing the terms of this Order.

7-17-08

Judge Matthew F. Kennelly
United States District Court for
Northern District of Illinois

Order Prepared By:

William D. Brejcha  (0288543)
Scopelitis, Garvin, Light, Hanson & Feary
30 West Monroe Street – Suite 600
Chicago, IL  60603
312-255-7200
wdbrejcha@scopelitis.com
www.scopelitis.com